```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0177--CV (JKS)
              "N.S. ET AL V ANCHORAGE SCHOOL DISTRICT"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/27/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/27/05 receipt # 00126232
          Trial by: Court
```

Parties of Record:                               Counsel of Record:

PLF 1.1              S., N.                      Sonja D. Kerr
                                                 Disability Law Center of Alaska
                                                 3300 Arctic Blvd., Suite 103
                                                 Anchorage, AK 99503
                                                 907-565-1002
                                                 FAX 907-565-1000

PLF 2.1              S., J.                      Sonja D. Kerr
                                                 (see above)

PLF 3.1              S., R.                      Sonja D. Kerr
                                                 (see above)

DEF 1.1              ANCHORAGE SCHOOL DISTRICT   Bradley D. Owens
                                                 Jermain Dunnagan et al
                                                 3000 A Street, Suite 300
                                                 Anchorage, AK 99503
                                                 907-563-8844
                                                 FAX 907-563-7322

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0177--CV (JKS)
                       "N.S. ET AL V ANCHORAGE SCHOOL DISTRICT"

                                    For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/27/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/27/05 receipt # 00126232
          Trial by: Court


 Document #    Filed      Docket text

     1 -  1   07/27/05   Complaint filed w/att aff & exhs..

     2 -  1   08/16/05   DEF 1 Attorney Appearance of Bradley Owens.

     3 -  1   08/16/05   DEF 1 Answer to Complaint.

     5 -  1   08/16/05   DEF 1 Waiver of Service of Summons.

     4 -  1   08/17/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

     6 -  1   09/12/05   PLF 1-3 Schedulig & Planning Conference Report.

     7 -  1   09/13/05   PLF 1-3; DEF 1 Scheduling & Planning Conference Report.

     8 -  1   09/14/05   JKS Minute Order re sched & plann rpt fld @ #7-1 is deficient; a
                         complete rpt w/ dscvy date due w/in 15 days. cc: cnsl

     9 -  1   09/16/05   PLF 1-3; DEF 1 Amended Scheduling & Plannig Report.

    10 -  1   09/26/05   JKS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         12/15/05; Dispositive mots ddln 01/17/06; 1 day TBC estimate. cc: cnsl

    11 -  1   11/23/05   DEF 1 motion to compel discovery w/att memo & exhs.
```