Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322 (facsimile)
Counsel for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 3: 47

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents,<br>J.S. and R.S.,<br><br>     Plaintiff,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>     Defendant. | Case No. A05-0177 CV (JKS) |

### DEFENDANT'S NOTICE OF NONOPPOSITION TO MOTION TO EXTEND DISCOVERY

Comes now defendant Anchorage School District, by and through its attorneys Jermain, Dunnagan & Owens, P.C., who gives notice to the court that it does not oppose plaintiff's Motion to Extend Discovery Deadline in this matter. Counsel for both parties have conferred in good faith and were able to resolve this dispute without court action. The parties agree to extend the close of discovery until **March 31, 2006**, upon approval of the court.

Dated in Anchorage Alaska this 5th day of December 2005.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
    Bradley D. Owens
    Alaska Bar #7610122

14

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2005 a copy of the foregoing document was sent by facsimile and first-class mail to the following person:

Sonja D. Kerr
Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Fax: 565-1000

*Francis Woods*

3227.1141 - #111734

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT'S NOTICE OF NONOPPOSITION TO MOTION TO EXTEND DISCOVERY
*N.S. v. Anchorage School District*, Case No. A05-0177 CV (JKS)
Page 2