FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 PM 4: 04

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

N.S., by and through his )
Parents, J.S. and R.S. )
               Plaintiffs, )
 )
vs. )
 )
Anchorage School District )
 )
               Defendant. )   Case No. A05-0177 CV (JKS)
 )

**ENTRY OF APPEARANCE**

Comes now Thomas Dosik through the Disability Law Center of Alaska, and gives notice of his entry of appearance in this matter for the limited purpose of defending the deposition of Sonja Kerr. All pleadings, motions, notices and other documents should continue to be served on Sonja Kerr.

Dated in Anchorage Alaska this __6__ day of December 2005.

DISABILITY LAW CENTER OF ALASKA

By: _____
Thomas A. Dosik Alaska Bar No. 9505018

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234

Certificate of Service

I hereby certify that on the 5th day of December 2005, a true and correct copy of this document was served by ~~courier~~ on: FAX

Bradley Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

_____
Patti Freeman

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234