UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents, J.S. and R.S., | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) ) |
| ANCHORAGE SCHOOL DISTRICT, | ) ) |
| Defendant | ) ) |

LODGED
NOV 3 0 2005

FILED
DEC 0 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

Case No. A05-0177 CV (JKS)

## ORDER

The Plaintiffs' Motion for Extension of Time is hereby granted and the discovery deadline will be extended until January 15, 2006.

Dated this 8 day of December, 2005.

_____
Hon. Judge James K. Singleton

A05-0177--CV (JKS)     ℬm 12/9/05

✓ B. OWENS (JERMAIN)
  T. DOSIK
  S. KERR

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

17