Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S., | ) ) ) |
| Plaintiffs, | ) Case No. A05-0177 CV (TMB) ) |
| vs. | ) ) |
| Anchorage School District, | ) ) |
| Defendants. | ) |

### Plaintiffs' Motion for Summary Judgment

COMES NOW, the Plaintiffs, by and through counsel, hereby files their Motion for Summary Judgment pursuant to F. R. Civ .P. 56 and the Individuals with Disabilities Education Act and Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Summary Judgment and attachments hereby moves the court to award summary judgment in favor of Plaintiffs' request for attorneys' fees and costs.

Respectfully submitted this 14th day of February, 2005.

*/s/ Sonja D. K*
Sonja D. Kerr, 0409051
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002       Fax 907-565-1000
1-800-478-1234

Certificate of Service

I hereby certify that on the 14th day of February, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

_____
Meg Allison

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234