Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| N.S., by and through his parents J.S. and R.S., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. A05-0177 CV (TMB) |
| vs. | ) ) ) | |
| Anchorage School District, | ) ) | ORDER |
| Defendants. | ) | |

Plaintiffs' Motion for Summary Judgment is hereby granted.

Dated this ___ day of _____, 2006.

_____
TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002    Fax 907-565-1000
1-800-478-1234