# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

N.S., by and through his )
parents, J.S. and R.S., )
                         )
        Plaintiffs )
                         )
vs. )
                         )
ANCHORAGE SCHOOL DISTRICT, )
                         )
        Defendant )     Case No. A05-0177 CV (JKS)

```
RECEIVED
DEC 1 6 2005
- - - - - - - - - - - -
```

### AFFIDAVIT OF LOCAL ATTORNEYS FEE RATE

Comes now, Don W. McClintock, and being first duly sworn, deposes and states as follows:

1. I am a member of the Alaska Bar and an inactive member of the California bar.
2. I have been practicing law in Alaska for over 24 years; for the past fourteen years, my practice has been primarily in the area of real estate.
3. My current hourly rate for new matters and clients is $250.
4. I have been asked to provide this affidavit to attest to the appropriateness of an attorney's rate with some 17 years of experience in a specialized area (special education law) who is requesting a rate of $225.00.
5. It is my opinion that such a rate is reasonable and consistent with current local rates in the Anchorage community for attorneys with similar years of law practice in a specialty area:
6.

FURTHER YOUR AFFIANT SAITH NAUGHT.

Don W. McClintock
Alaska Bar No. 8108061

SUBSCRIBED AND SWORN to before me this _15_ day of December 2005.

NOTARY PUBLIC in/and for Alaska
My Commission Expires: _4-21-09_

CHRISTINE L. GILMORE
NOTARY PUBLIC
STATE OF ALASKA

Exhibit 2
Page 1 of 1