# STATE OF ALASKA
## DEPARTMENT OF EDUCATION & EARLY DEVELOPMENT
*Division of Teaching and Learning Support*

FRANK H. MURKOWSKI, GOVERNOR

GOLDBELT PLACE
801 WEST 10TH STREET, SUITE 200
JUNEAU, ALASKA 99801-1894

907 465-2824
FAX (907) 465-2806
sharon_schumacher@eed.state.ak.us

June 1, 2004

Carol Comeau
Superintendent
Anchorage School District
P.O. Box 196614
Anchorage, AK 99519-6614

RE: Complaint Investigation # 04-14

Dear Superintendent Comeau:

This letter is to inform you of a complaint filed with the Department of Education & Early Development, Special Education Programs, by Jill Simmons on behalf of NS for the following reasons:

1. Whether or not the district failed to provide transportation as per the IEP.

The complaint investigator assigned to this case is DiAnn Brown. DiAnn will be contacting you in the near future. A final report of the investigation will be sent to you in approximately 60 days. If you would like a copy of the original complaint letter, please call me at 907 465-2824. Thank you in advance for your cooperation with this investigation.

Sincerely,


Sharon Schumacher
Program Manager

cc:  Jerry Sjolander, Special Education Director
     Jill Simmons, Parent
     DiAnn Brown, Complaint Investigator
     Complaint file, AK EED # 04-14

EXHIBIT B
Page 1 of 8

EXHIBIT 2
Page 1 of 8   Ex. 1

# STATE OF ALASKA
## DEPARTMENT OF EDUCATION & EARLY DEVELOPMENT
*Division of Teaching and Learning Support*

FRANK H. MURKOWSKI, GOVERNOR

GOLDBELT PLACE
801 WEST 10TH STREET, SUITE 200
JUNEAU, ALASKA 99801-1894

907 465-2824
FAX (907) 465-2806
Sharon_Schumacher@eed.state.ak.us

June 1, 2004

Jill Simmons
7721 Evander Drive
Anchorage, AK 99518

RE: CI # 04-14

Dear Jill Simmons:

This letter is in response to your letter of official complaint to the Department of Education & Early Development, Special Education Programs, requesting an investigation of the 6/1/2004. The Department received your signed/faxed letter and clarified the issues presented in your letter through discussion on 6/1/2004. The clarified issues are as follows:

1. Whether or not the district failed to provide transportation as per the IEP.

The complaint investigator assigned to this complaint, is DiAnn Brown. DiAnn will be contacting you in the near future. A final report of the investigation will be sent to you in approximately 60 days. Thank you in advance for your cooperation with this investigation.

Sincerely,


Sharon Schumacher
Program Manager

cc:  Carol Comeau, School District – Superintendent
     Jerry Sjolander, Special Education Director
     DiAnn Brown, Complaint Investigator
     Complaint file, AK EED CI # 04-14

EXHIBIT B
Page 2 of 8

printed on recycled paper

EXHIBIT 2
Page 2 of
Ex. 1
Page 19 of 48

# FAX TRANSMITTAL INFORMATION SHEET

**ALASKA DEPARTMENT OF
EDUCATION & EARLY DEVELOPMENT**
Division of Teaching and Learning Support
801 West 10th Street, Suite 200
Juneau, AK 99801-1894

DATE: June 1, 2004

| TO | | FROM | |
|---|---|---|---|
| Name: | Jill Simmons | Name: | Sharon Schumacher |
| Agency/Office: | | | Program Manager |
| FAX #: | 907-344-3134 | FAX #: | 465-2806 |
| Phone #: | 907-563-4874 | Phone #: | 907 465-2824 |
| Work Ph#: | | | |

RE: CI # 04-14

## Confidential Information

COMMENTS:

This facsimile contains confidential, privileged information. This Fax is to be reviewed initially by only the individual or entity to whom it is addressed. If the reader of the TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX, or the information contained herein, is prohibited. If you have received this FAX in error, please contact the Department of Education & Early Development and return this FAX by mail.

This transmittal contains ___ page(s) including the cover page. If you do not receive the total number of pages, please contact the sender.

01- FAX-district.doc

EXHIBIT B
Page 3 of 8

EXHIBIT 2
Page 3 of 8
Page 20 of 48

Alaska Department of Education & Early Development
Division of Teaching and Learning Support/Special Education Services

## COMPLAINT INVESTIGATION REPORT

**Complaint number:** CI #04-14
**Complaint filed by:** Parent
**Complaint investigator:** DiAnn Brown

**Complaint Issues:**

Whether or not the district failed to provide transportation in accordance with the IEP

**Interviews**

| Name | Relationship to the student | Date |
|---|---|---|
| Jerry Sjolander | Executive Director, Special Education | 6/7/04 |
| Dana Dugdale | Elementary Special Education Supervisor | 6/10/04<br>7/12/04<br>7/13/04 |
| Parent | Parent | 6/29/04 (message)<br>7/10/04 |
| Linda Schwald | Transportation Supervisor | 7/15/04 |

**Documents Received by Investigator from:**

<u>Department of Education & Early Development</u>

- Letter of complaint, dated May 31, 2004 and supporting documents:
  - ✓ Prior Written Notice, dated November 6, 2003
  - ✓ Prior Written Notice, dated May 18, 2004
  - ✓ Prior Written Notice, dated May 20, 2004
  - ✓ Prior Written Notice, dated May 28, 2004
  - ✓ Prior Written Notice, dated May 28, 2004
- Complaint Intake Form, dated June 1, 2004
- Letter from the Department to the complainant, dated June 1, 2004
- Letter from the Department to the School District Superintendent, dated June 1, 2004

<u>Anchorage School District</u>
- IEP dated January 22, 2004
- IEP Amendment, dated May 28, 2004
- Prior Written Notice, dated May 28, 2004

Page 1 of 5