Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents ) <br> J.S. and R.S., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Anchorage School District, ) <br> ) <br> Defendants. ) | Case No. A05-0177 CV (TMB) |

**Plaintiff's Notice of Filing Motion for Summary Judgment**

COMES NOW, the Plaintiffs, by and through counsel, and gives notice of filing their Motion for Summary Judgment.

Respectfully submitted this 14th day of February, 2005.

*/s/ Sonja D. K*
Sonja D. Kerr, 0409051
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Certificate of Service

I hereby certify that on the 14th day of February, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

*/s/ Meg Allison*
Meg Allison

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002    Fax 907-565-1000
1-800-478-1234