Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322 (facsimile)
Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents, J.S. and R.S.,<br><br>    Plaintiff,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>    Defendant. | Case No. A05-0177 CV (TMB) |

**REQUEST FOR EXTENSION TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Comes now defendant Anchorage School District, by and through its attorneys Jermain, Dunnagan & Owens, P.C., who requests additional time to file its Opposition to plaintiffs' Motion for Summary Judgment. Defendant requests an extension of two weeks, until March 15, 2006, to file its opposition to this motion. The parties are endeavoring to settle the claims in this matter. As indicated by the signature of plaintiffs' counsel, this request for additional time is stipulated and unopposed.

Dated in Anchorage Alaska this 27th day of February 2006.

        Jermain, Dunnagan & Owens, P.C.
        Attorneys for defendant ASD

        _____/s/ Bradley D. Owens_____
        By:    Bradley D. Owens
               Alaska Bar #7610122

Plaintiffs do not oppose this request for an extension of time.

Dated in Anchorage Alaska this 27th day of February 2006.

        Disability Law Center of Alaska
        Attorney for plaintiffs

        _____/s/ Sonja D. Kerr_____
        By:    Sonja D. Kerr
               Alaska Bar #0405091

3227.1141 - #115159