UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents, J.S. and R.S., <br><br> Plaintiff, <br><br> v. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br> Defendant. | Case No. A05-0177 CV (TMB) |

**ORDER GRANTING EXTENSION TO FILE**
**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Based on the unopposed request of defendant Anchorage School District for additional time to file its Opposition to plaintiffs' Motion for Summary Judgment and this request for additional time is stipulated and unopposed by plaintiffs, accordingly

IT IS HEREBY ORDERED that defendant's request for an extension of time until March 15, 2006 to file its opposition to plaintiffs' Motion for Summary Judgment is GRANTED.

Dated:_____        _____
                                                            Timothy M. Burgess
                                                            U.S. District Judge

3227.1141 - 115160