Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S., ) ) ) | |
| Plaintiffs, ) | Case No. A05-0177 CV (TMB) |
| ) vs. ) ) | |
| Anchorage School District, ) ) | |
| Defendants. ) | |

### Plaintiffs' Motion and Request for Oral Argument

COMES NOW, the Plaintiffs, by and through counsel, hereby request and move the Court for oral argument on their Motion for Summary Judgment on attorneys' fees.

Respectfully submitted this 30th day of March, 2006.

                                                    /s Sonja D. Kerr
Sonja D. Kerr, 0409051
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Certificate of Service

I hereby certify that on the 30th day of March, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
    /s Sonja D. Kerr
Sonja D. Kerr