Sonja D. Kerr (AK BAR NO. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| N.S., by and through his parents | ) | |
| J.S. and R.S., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. A05-0177 CV (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| Anchorage School District, | ) | |
| | ) | ORDER |
| Defendants. | ) | |

Plaintiffs' Motion for Oral Argument of Plaintiffs' Motion for Summary Judgment is hereby granted and oral argument is scheduled for the _____ day of _____, 2006 at _____ a.m./p.m..

Dated this ___ day of _____, 2006.

_____
TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE