Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322 (facsimile)
Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents, J.S. and R.S.,<br><br>    Plaintiff,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>    Defendant. | Case No. A05-0177 CV (TMB) |

## NOTICE OF UNAVAILABILITY

Comes now defendant Anchorage School District, by and through its attorneys Jermain, Dunnagan & Owens, P.C., and gives notice that undersigned counsel will not be able to participate in an oral argument in this matter during the following periods due to matters already scheduled: April 13-26, May 15-17, or May 30-June 16, 2006. Counsel requests the court not to schedule oral argument in this matter during these periods.

Dated in Anchorage Alaska this 6th day of April, 2006.

                                            Jermain, Dunnagan & Owens, P.C.

                                            s/ Bradley D. Owens
                                       By:    Bradley D. Owens
                                                     3000 A Street, Suite 300
                                                     Anchorage, AK 99503
                                                     Phone: (907) 563-8844
                                                     Fax:  (907) 563-7322
                                                     E-mail: bradowens@jdolaw.com
                                                     Alaska Bar #7610122

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2006, a copy of the foregoing Notice of Unavailability was served electronically on:

Sonya D. Kerr  (skerr@dlcak.org)
Meg Allison  (mallison@dlcak.org)
Disability Law Center

s/Bradley D. Owens
Bradley D. Owens


3227.1141 - #116883