SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S., | ) ) ) |
| Plaintiffs | ) Case No. A05-0177 CV (TMB) |
| vs. | ) ) ) STATUS REPORT |
| Anchorage School District, | ) ) |
| Defendants. | ) |

_____

Consistent with the Court's order of May 8, 2006, counsel of record in the above matter have conferred and provide the following Status Report as ordered by the Court:

A.  **Attorneys Fees Dispute**.

Lead counsel on the case are Sonja D. Kerr (Disability Law Center), and Brad Owens (Jermaine, Dunnagan and Owens). The basis for federal court jurisdiction is 20 U.S.C. 1400, and 1415(i)(3). The claims asserted are for an attorneys fee award of $12,024.90 for fees arising from Plaintiffs successful pursuit of appropriate services in an administrative proceeding and for fees arising from this fees dispute.

**B.     Discovery.**

Discovery has been completed. Motion briefing has been completed. Plaintiffs opening motion for judgment was filed February 14, 2006, Defendants' opposition filed March 15, 2006 and Plaintiffs reply was filed on March 30, 2006.

**C.     Trial.**

Trial would occur if Plaintiffs' motion for judgment is denied. No jury trial has been requested.

**D.     Settlement.**

Settlement discussions have been thorough but unsuccessful. Plaintiffs would not oppose a settlement conference with the Court.

Dated this 23rd day of May, 2006.         s/ Sonja D. Kerr
                                                SONJA D. KERR (AK BAR NO. 040091)
                                                DISABILITY LAW CENTER OF
                                                ALASKA
                                                3330 Arctic Boulevard, Suite 103
                                                Anchorage, Alaska 99503
                                                Telephone: (800)478-1234/907-565-1002
                                                Fax: 907-565-1000
                                                Email: skerr@dlcak.org

Certificate of service
I hereby certify that on the 23nd day
of May 2006, a true and correct
copy of this document was served
electronically on:

Bradley Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

 s/ Sonja D. Kerr
Sonja D. Kerr

N.S. v. A.S.D. Case No. A05-0177 CV                                    Page 2 of 2
Status Report