SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S., | )<br>)<br>) |
| Plaintiffs, | ) Case No. A05-0177 CV (TMB) |
| vs. | )<br>)<br>) NOTICE OF SUPPLEMENTAL |
| Anchorage School District, | ) AUTHORITY |
| Defendants. | )<br>) |

_____

**NOTICE OF SUPPLEMENTAL AUTHORITY**

As permitted by D. Ak. LR 7.1(h)(1)(B), Plaintiffs hereby provide to the Court notice of supplemental authority:

1. *ASD v. M.P.* (Alaska Superior Court, May 24, 2006, Judge Bolger) (awarding attorney's fees to undersigned attorney pursuant to the IDEA at hourly rate of $225.00.)

Dated this 25th day of May, 2006.

/s Sonja D. Kerr_____
SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

1

Certificate of service
I hereby certify that on the 2nd day of May 2006, a true and correct copy of this document was served electronically on:

Bradley Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

_s/ Sonja D. Kerr_____
Sonja D. Kerr