IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ANCHORAGE SCHOOL DISTRICT,       )
                                 )
                Appellant,       )
                                 )
        vs.                      )
                                 )
THE PARENTS OF STUDENT M.P.,     )
                                 )
                Appellees.       )
                                 )

Case No.: 3AN-05-7009 CI

## ORDER GRANTING ATTORNEY FEES

The Parents of M.P. filed a motion for an award of attorney fees in the amount of $26,385.  20 U.S.C. § 1415(i)(3)(B)(i) provides for an award of attorney fees to the parents of a child with a disability who is the prevailing party in any "action or proceeding" brought to enforce the Individuals with Disabilities Education Act.  This section authorizes full reasonable fees incurred for both court actions and administrative proceedings.[1]  The fees awarded under this statute must be based on the "rates prevailing in the community in which the action or proceeding arose for the kind and quality of services furnished."[2]  Alaska courts have the authority to award fees under this type of federal statute.[3]

---

[1] See T.D. v. LaGrange Sch. Dist., 349 F.3d 469, 479 (7th Cir. 2003); Lucht v. Molalla River Sch. Dist., 225 F.3d 1023, 1027-28 (9th Cir. 2000).

[2] See 28 U.S.C. § 1415(i)(3)(C).

[3] See Balough v. Fairbanks North Star Borough, 995 P.2d 245, 270 (Alaska 2000).

The Parents are the prevailing parties in this proceeding. They have established that the prevailing rate in Anchorage for their attorney's work is $225 per hour. Based on the comments by the Anchorage School District, the court finds that some of the time expended by counsel may have been excessive.[4] But it was reasonable for counsel to spend at least one-hundred hours of time preparing for the three-day administrative hearing and presenting the complicated arguments in this appeal.

THE COURT THEREFORE ORDERS that the Anchorage School District shall pay attorney fees to the Parents of M.P. in the amount of $22,500.

Dated this 24th day of May 2006.

Joel H. Bolger
Superior Court Judge

---

[4] See 28 U.S.C. § 1415 (i)(3)(F)(iii).

ORDER GRANTING ATTORNEY FEES  - 2

Alaska Court System

**JERMAIN, DUNNAGAN & OWENS, P.C.**
A PROFESSIONAL CORPORATION

3000 A Street, Suite 300
Anchorage, Alaska 99503

# Facsimile Cover Sheet

|  |  |
|---:|:---|
| **To:** | Sonja Kerr |
| **Company:** | Disability Law Center |
| **Fax:** | 565-1000 |

|  |  |
|---:|:---|
| **From:** | Bradley D. Owens |
| **Company:** | Jermain, Dunnagan & Owens, P.C. |
| **Phone:** | (907) 563-8844 |
| **Fax:** | (907) 563-7322 |

|  |  |
|---:|:---|
| **Date:** | May 24, 2006 |
| **Pages including this cover page:** | 4 |
| **Client/Matter No.** | 6471.014 |

**ATTACHMENT/COMMENTS:** Letter 5/24/06

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individual(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.