IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents, J.S. and R.S.,<br><br>    Plaintiff,<br> vs.<br>ANCHORAGE SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 3:05-CV-00177- TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

  ___ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  _XX_ **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.

Plaintiffs are awarded attorney fees in the amount of $10,881.67.

APPROVED:

 /s/ Timothy M. Burgess
  **TIMOTHY M. BURGESS**
  United States District Judge

| August 22, 2006 | | IDA J. ROMACK |
|---|---|---|
| Date | | Clerk |