SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE: 907-565-1002
FAX: 907-565-1000
Email:    skerr@dlcak.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

N.S. by and through
his parents, R.S. and J.S.,

Case No. A05-0177 CV (TMB)

          Plaintiffs,

v.

Anchorage School District,

          Defendants.

---

Comes now, Sonja D. Kerr and being first duly sworn, deposes and states as follows:

1. I am counsel of record in this matter, and am admitted to the Bar of this Court, the State Bar of Alaska as of September, 2004. Prior to that I had been admitted to a number of courts and jurisdictions. I an attorney experienced in special education and disability matters, having practiced in this area since the 1988-1989 school year.

2. The fees in this matter, referenced at Ex. A are $10,881.67. My hourly rate is $225.00, which has already been established by this Court in the underlying fees matter as reasonable. See *Docket No. 38*. The total hours reflected on the bill are 50.71 hours, which is a reasonable amount of time given the majority of the hours were in response to the Defendant's discovery motion,

*N.S. et al. v. Anchorage School District*
Affidavit of Sonja D. Kerr
Case No. A05-0177 CV (TMB)

Page 1 of 2
Exhibit A
Page 1 of 6

which was denied. See *Docket No. 20*. Additionally, DLC diligently attempted to avoid unnecessary litigation and expense during this matter. DLC did not charge costs such as copying, or faxing.

Further, affiant saith not.

                                                                       *Teresa Holt*                 Sonja D. Kerr

Subscribed and sworn to before me this 1st day of September, 2006.



DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002    Fax 907-565-1000
1-800-478-1234

Disability Law Center of Alaska
3330 Arctic Blvd., STE 103
Anchorage, AK  99503

Invoice submitted to:
Jill and Rick Simmons
7721 Evander Drive
Anchorage AK 99518-3104

August 24, 2006

Invoice #10012

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/22/2005 | Research regarding attorneys' fees | 2.68<br>225.00/hr | 602.50 |
|  | Letter to opposing counsel with fee demand. | 0.33<br>225.00/hr | 75.00 |
| 3/23/2005 | Phone call to client, left message to call. | 0.03<br>225.00/hr | 7.50 |
| 3/31/2005 | Letter to Brad Owens regarding fees, legal research regarding Brad's letter of the 31st. | 1.03<br>225.00/hr | 232.50 |
| 7/27/2005 | Preparation of pleadings, attorneys fees, final version | 2.38<br>225.00/hr | 535.25 |
|  | Draft, filing of fees complaint | 1.31<br>225.00/hr | 294.13 |
| 9/5/2005 | Letter to Brad regarding Rule 26 and LR 16.3 | 0.50<br>225.00/hr | 112.50 |
| 9/9/2005 | Review draft of R. 26 report for Court, emailing and phone messages with Brad. | 0.50<br>225.00/hr | 112.50 |
| 10/5/2005 | Review of Court's pretrial order regarding discovery, dates, etc. and related. | 0.77<br>225.00/hr | 173.88 |
| 10/18/2005 | Preparation of Rule 26 disclosures and sent off with cover letter to Brad. | 0.50<br>225.00/hr | 112.50 |

Jill and Rick Simmons                                                                                         Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/24/2005 | Research - in response to discovery requests....... issue of representation agreement...and discussed briefly with Tom D. | 0.90<br>225.00/hr | 202.50 |
| 11/2/2005 | Draft response to Defendant's discovery | 2.00<br>225.00/hr | 450.00 |
| 11/15/2005 | Letter to Brad Owens (dated 111605) regarding discovery issues and supplementation of discovery regarding rate as set in Noon. | 1.87<br>225.00/hr | 419.81 |
| 11/18/2005 | Letter in response to Brad's letter of November 18, 2005 regarding discovery and related. | 0.92<br>225.00/hr | 206.25 |
| 11/19/2005 | Draft response to Brad's offer of judgment and discovery issues. | 2.00<br>225.00/hr | 450.00 |
| 11/27/2005 | Legal Research on time to oppose motion to compel. | 0.25<br>100.00/hr | 25.00 |
| 11/30/2005 | Meeting with Dave/Tom to discuss defendant's motions and requests for discovery | 0.74<br>225.00/hr | 167.25 |
|  | Telephone call with Paul Liles regarding affidavit of support for fees petition | 0.33<br>225.00/hr | 75.00 |
|  | Telephone call Jill regarding fees petition and any privileged materials and requesting that she doublecheck for same as far as emails, etc. | 0.17<br>225.00/hr | 37.50 |
| 12/1/2005 | Draft letter in response to Brad's objection to our deposition of Carol and Jerry. | 1.00<br>225.00/hr | 225.25 |
|  | Further legal Research on issue of depositions in attorney fees cases | 1.08<br>225.00/hr | 242.81 |
|  | Draft final version of letter to Brad regarding depositions of Fleurant, Jill and myself. | 0.72<br>225.00/hr | 161.25 |
|  | Research motion to compel on attorneys fees - issue of claim of privilege | 0.00<br>225.00/hr | 0.94 |
|  | Draft affidavit format for local counsel to verify reasonableness of local rate and provided to Tom to pass on. | 0.08<br>225.00/hr | 17.00 |
|  | Review of affidavit of support from Paul Liles | 0.81<br>225.00/hr | 181.94 |
|  | Research cases cited by Defendants in their motion to compel and also review of Alaska cases on same point and draft of supplementation with privilege log. | 0.50<br>225.00/hr | 111.63 |
|  | Email to Pete Wright regarding affidavit of support status. | 0.17<br>225.00/hr | 37.50 |

Jill and Rick Simmons                                                                                           Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2005 | Email to Dorene regarding affidavit of support status. | 0.08<br>225.00/hr | 18.75 |
|  | Legal Research regarding ability to take deposition of party as part of discovery in attorney fees claim. | 1.02<br>100.00/hr | 101.67 |
| 12/5/2005 | Draft final version of supplemental disclosure with attorney privilege log and related. | 0.50<br>225.00/hr | 112.50 |
|  | Draft letter to Brad concerning Dave's deposition | 0.17<br>225.00/hr | 38.25 |
|  | Legal Research and drafting response to motion to compel | 2.25<br>225.00/hr | 506.25 |
|  | Preparation of pleadings - review documents and prepare privilege logs for Plaintiffs' supplementation to defendant's first request for discovery. | 0.75<br>100.00/hr | 75.00 |
| 12/6/2005 | Complete pleadings - review documents and prepare privilege logs for Plaintiffs' supplementation to defendant's first request for discovery. | 2.60<br>100.00/hr | 260.00 |
|  | Additional research on response to motion to compel | 1.50<br>225.00/hr | 337.50 |
| 12/7/2005 | Review, research and finalize response to motion to compel. | 4.00<br>225.00/hr | 900.00 |
| 12/11/2005 | Legal Research in preparation for deposition of client and SK on 12/12/05, review of Harris case and briefs in case to 9th circuit | 3.38<br>225.00/hr | 761.25 |
| 12/12/2005 | Email to Pete Wright with additional information and reminding of date egarding fees affidavit. | 0.08<br>225.00/hr | 18.75 |
|  | Letter to Brad/Ray after reviewing their reply on discovery motion to compel | 0.33<br>225.00/hr | 75.00 |
|  | Further review of Defendant's reply on motion to compel and work on draft of letter to counsel regarding misleading the court | 0.17<br>225.00/hr | 37.50 |
| 12/13/2005 | Completed letter to counsel regarding reply on defendant's motion to compel | 1.34<br>225.00/hr | 300.75 |
| 12/15/2005 | Letter to Brad with affidavits from Paul Liles, Dorene Philpot and Don McClintock | 0.50<br>225.00/hr | 112.50 |
|  | Drafted combined offer of settlement for N.S. and 2 others. | 0.51<br>225.00/hr | 113.75 |
| 12/19/2005 | Draft Witness List | 1.53<br>225.00/hr | 345.31 |

Jill and Rick Simmons                                                                                              Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/18/2006 | Letter to Brad regarding potential settlement after speaking w/Dave. | 0.65<br>225.00/hr | 145.38 |
| 1/25/2006 | Telephone call to Jill left message to call. | 0.02<br>225.00/hr | 3.75 |
| 2/14/2006 | Draft, proposed stipulation and settlement. | 0.42<br>225.00/hr | 95.44 |
|  | Draft motion for summary judgment on fees | 3.67<br>225.00/hr | 826.56 |
| 3/21/2006 | Legal Research, review of D's opposition in response to petition for attorneys' fees | 0.84<br>225.00/hr | 189.94 |
| 5/23/2006 | Draft Status Report federal court | 0.33<br>225.00/hr | 75.00 |
| 5/24/2006 | Draft notice of supplemental authority | 0.17<br>225.00/hr | 37.50 |
| 8/24/2006 | Legal Research regarding fees for fees. | 0.33<br>225.00/hr | 74.31 |
|  | For professional services rendered | 50.71 | $10,832.50 |
|  | Balance due |  | $10,832.50 |