

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

MEMBER·OF·THE
N A T I O N A L
ASSOCIATION·OF
PROTECTION·&
A D V O C A C Y
S Y S T E M S



August 24, 2006

Brad Owens                                                    Via Facsimile
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Re: N.S. v. A.S.D. – 05-cv-00177

Dear Brad:

Enclosed please find out attorney's fee statement in this matter. As you know, the Simmons substantially prevailed in the attorney's fees matter. The Simmons are, therefore, a prevailing party and are entitled to attorneys' fees consistent with Rule 54 of the Federal Rules of Civil Procedure. As Judge Singleton noted in his order of December 19, 2005, plaintiffs can collect fees for having to litigate fees due for administrative work. See *Barlow-Gresham Union High School Dist. No. 2 v. Mitchell*, 940 F.2d 1280 (9th Cir. 1991). Thus, we are requesting that ASD pay DLC attorneys' fees incurred in the litigating the original fees matter. The total amount to date is $10,832.50. This amount reflects both reasonable rates and a reasonable amount of time spent on the matter. Please note that we have not charged ASD for any costs, such as paralegal time of Patti Freeman, courier costs, copying or postage. Nor have we charged ASD for some modest attorney time spent on this matter by Tom Dosik and David Fleurant.

Although, the ASD made an offer of judgment on November 18, 2005 of $7,800, the court awarded DLC fees in excess of same. Further, the ASD by its motion to compel caused unnecessary time and expense.

Please let us hear from you or your client, ASD, by the close of business on August 28, 2006 that the ASD will pay the above attorneys' fees. As usual, it is our preference to avoid a "third litigation" on attorneys' fees as we would much rather spend our time representing other individuals with disabilities who desperately need our assistance.

Thank you for your attention to this matter.

Very truly yours,

Sonja D. Kerr

Cc: Parents

Exhibit C
Page 1 of 6

Disability Law Center of Alaska
3330 Arctic Blvd., STE 103
Anchorage, AK  99503

Invoice submitted to:
Jill and Rick Simmons
7721 Evander Drive
Anchorage AK 99518-3104

August 24, 2006

Invoice #10012

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/22/2005 | Research regarding attorneys' fees | 2.68<br>225.00/hr | 602.50 |
|  | Letter to opposing counsel with fee demand. | 0.33<br>225.00/hr | 75.00 |
| 3/23/2005 | Phone call to client, left message to call. | 0.03<br>225.00/hr | 7.50 |
| 3/31/2005 | Letter to Brad Owens regarding fees, legal research regarding Brad's letter of the 31st. | 1.03<br>225.00/hr | 232.50 |
| 7/27/2005 | Preparation of pleadings, attorneys fees, final version | 2.38<br>225.00/hr | 535.25 |
|  | Draft, filing of fees complaint | 1.31<br>225.00/hr | 294.13 |
| 9/5/2005 | Letter to Brad regarding Rule 26 and LR 16.3 | 0.50<br>225.00/hr | 112.50 |
| 9/9/2005 | Review draft of R. 26 report for Court, emailing and phone messages with Brad. | 0.50<br>225.00/hr | 112.50 |
| 10/5/2005 | Review of Court's pretrial order regarding discovery, dates, etc. and related. | 0.77<br>225.00/hr | 173.88 |
| 10/18/2005 | Preparation of Rule 26 disclosures and sent off with cover letter to Brad. | 0.50<br>225.00/hr | 112.50 |

Exhibit C
Page 2 of 6

Jill and Rick Simmons                                                                                                  Page      2

|            |                                                                                                                                                                      | Hrs/Rate        | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 10/24/2005 | Research - in response to discovery requests....... issue of representation agreement...and discussed briefly with Tom D.                                            | 0.90 225.00/hr  | 202.50 |
| 11/2/2005  | Draft response to Defendant's discovery                                                                                                                              | 2.00 225.00/hr  | 450.00 |
| 11/15/2005 | Letter to Brad Owens (dated 111605) regarding discovery issues and supplementation of discovery regarding rate as set in Noon.                                        | 1.87 225.00/hr  | 419.81 |
| 11/18/2005 | Letter in response to Brad's letter of November 18, 2005 regarding discovery and related.                                                                            | 0.92 225.00/hr  | 206.25 |
| 11/19/2005 | Draft response to Brad's offer of judgment and discovery issues.                                                                                                     | 2.00 225.00/hr  | 450.00 |
| 11/27/2005 | Legal Research on time to oppose motion to compel.                                                                                                                   | 0.25 100.00/hr  | 25.00  |
| 11/30/2005 | Meeting with Dave/Tom to discuss defendant's motions and requests for discovery                                                                                      | 0.74 225.00/hr  | 167.25 |
|            | Telephone call with Paul Liles regarding affidavit of support for fees petition                                                                                      | 0.33 225.00/hr  | 75.00  |
|            | Telephone call Jill regarding fees petition and any privileged materials and requesting that she doublecheck for same as far as emails, etc.                         | 0.17 225.00/hr  | 37.50  |
| 12/1/2005  | Draft letter in response to Brad's objection to our deposition of Carol and Jerry.                                                                                   | 1.00 225.00/hr  | 225.25 |
|            | Further legal Research on issue of depositions in attorney fees cases                                                                                                | 1.08 225.00/hr  | 242.81 |
|            | Draft final version of letter to Brad regarding depositions of Fleurant, Jill and myself.                                                                            | 0.72 225.00/hr  | 161.25 |
|            | Research motion to compel on attorneys fees - issue of claim of privilege                                                                                            | 0.00 225.00/hr  | 0.94   |
|            | Draft affidavit format for local counsel to verify reasonableness of local rate and provided to Tom to pass on.                                                      | 0.08 225.00/hr  | 17.00  |
|            | Review of affidavit of support from Paul Liles                                                                                                                       | 0.81 225.00/hr  | 181.94 |
|            | Research cases cited by Defendants in their motion to compel and also review of Alaska cases on same point and draft of supplementation with privilege log.          | 0.50 225.00/hr  | 111.63 |
|            | Email to Pete Wright regarding affidavit of support status.                                                                                                          | 0.17 225.00/hr  | 37.50  |

Exhibit C
Page 3 of 6

Jill and Rick Simmons                                                                                                          Page     3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2005 | Email to Dorene regarding affidavit of support status. | 0.08<br>225.00/hr | 18.75 |
|  | Legal Research regarding ability to take deposition of party as part of discovery in attorney fees claim. | 1.02<br>100.00/hr | 101.67 |
| 12/5/2005 | Draft final version of supplemental disclosure with attorney privilege log and related. | 0.50<br>225.00/hr | 112.50 |
|  | Draft letter to Brad concerning Dave's deposition | 0.17<br>225.00/hr | 38.25 |
|  | Legal Research and drafting response to motion to compel | 2.25<br>225.00/hr | 506.25 |
|  | Preparation of pleadings - review documents and prepare privilege logs for Plaintiffs' supplementation to defendant's first request for discovery. | 0.75<br>100.00/hr | 75.00 |
| 12/6/2005 | Complete pleadings - review documents and prepare privilege logs for Plaintiffs' supplementation to defendant's first request for discovery. | 2.60<br>100.00/hr | 260.00 |
|  | Additional research on response to motion to compel | 1.50<br>225.00/hr | 337.50 |
| 12/7/2005 | Review, research and finalize response to motion to compel. | 4.00<br>225.00/hr | 900.00 |
| 12/11/2005 | Legal Research in preparation for deposition of client and SK on 12/12/05, review of Harris case and briefs in case to 9th circuit | 3.38<br>225.00/hr | 761.25 |
| 12/12/2005 | Email to Pete Wright with additional information and reminding of date egarding fees affidavit. | 0.08<br>225.00/hr | 18.75 |
|  | Letter to Brad/Ray after reviewing their reply on discovery motion to compel | 0.33<br>225.00/hr | 75.00 |
|  | Further review of Defendant's reply on motion to compel and work on draft of letter to counsel regarding misleading the court | 0.17<br>225.00/hr | 37.50 |
| 12/13/2005 | Completed letter to counsel regarding reply on defendant's motion to compel | 1.34<br>225.00/hr | 300.75 |
| 12/15/2005 | Letter to Brad with affidavits from Paul Liles, Dorene Philpot and Don McClintock | 0.50<br>225.00/hr | 112.50 |
|  | Drafted combined offer of settlement for N.S. and 2 others. | 0.51<br>225.00/hr | 113.75 |
| 12/19/2005 | Draft Witness List | 1.53<br>225.00/hr | 345.31 |

Exhibit C<br>Page 4 of 6

Jill and Rick Simmons                                                                                                   Page     4

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/18/2006 | Letter to Brad regarding potential settlement after speaking w/Dave. | 0.65<br>225.00/hr | 145.38 |
| 1/25/2006 | Telephone call to Jill left message to call. | 0.02<br>225.00/hr | 3.75 |
| 2/14/2006 | Draft, proposed stipulation and settlement. | 0.42<br>225.00/hr | 95.44 |
|  | Draft motion for summary judgment on fees | 3.67<br>225.00/hr | 826.56 |
| 3/21/2006 | Legal Research, review of D's opposition in response to petition for attorneys' fees | 0.84<br>225.00/hr | 189.94 |
| 5/23/2006 | Draft Status Report federal court | 0.33<br>225.00/hr | 75.00 |
| 5/24/2006 | Draft notice of supplemental authority | 0.17<br>225.00/hr | 37.50 |
| 8/24/2006 | Legal Research regarding fees for fees. | 0.33<br>225.00/hr | 74.31 |
|  | For professional services rendered | 50.71 | $10,832.50 |
|  | Balance due |  | $10,832.50 |

Exhibit C
Page 5 of 6

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

JOB NO.              3204
DESTINATION ADDRESS  5637322
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             08/24 16:38
USAGE T              00'48
PGS.                 6
RESULT               OK
```



**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

# Facsimile Cover Sheet

**To:** Brad Owens
**Company:** Jermain, Dunnagan & Owens
**Phone:**
**Fax:** 563-7322

**From:** Sonja Kerr
**Company:** Disability Law Center
**Phone:** (907) 565-1002
**Fax:** (907) 565-1000

**Date:** 8/24/06
**Pages including this cover page:** 6

## CONFIDENTIAL

This facsimile contains confidential information. This FAX is to be reviewed initially by only the individual or entity to whom it is addressed. If the reader of this Transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX, or the information contained herein, is prohibited. If you have received this FAX in error, please call us (collect) immediately at 907-565-1002, and return this FAX by mail to Disability Law Center of Alaska, 3330

Exhibit C
Page 6 of 6