Sonja D. Kerr, Esq. (AK Bar No. 0409051)
Meg K. Allison, Esq. (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Email: skerr@dlcak.org
          malison@dlcak.org

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| N.S., by and through his parents | ) | |
| J.S. and R.S., | ) | |
| | ) | |
| Plaintiffs | ) | Case No. A05-0177 CV (JKS) |
| | ) | |
| vs. | ) | |
| | ) | |
| Anchorage School District, | ) | |
| | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT IN SUPPORT OF COSTS

Comes now, Patti Freeman, and being first duly sworn, deposes and states:

1.  I am the Program Assistant for the Disability Law Center and make this affidavit on my own personal knowledge.

2.  One of my job duties is to arrange for courier services for legal filings.

3.  In the above case, the DLC incurred courier costs of $102.97. These costs are substantiated by the attached documentation. The DLC uses a courier service if the matter is not a "rush" matter. Our monthly courier service cost is a flat rate and the amount per matter is calculated accordingly.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
907-565-1002     Fax 907-565-1000
1-800-478-1234

Further affiant saith not.

Dated this 1st day of September 2006.



Patti Freeman

Subscribed and sworn to this 1st day of September, 2006.

Teresa Holt
Notary Public

My commission expires:

Aug 1, 2010

**Certificate of Service**

I hereby certify that on the 1st day
Of September, 2006,  a true and correct
copy of this document was served by
fax on:

Bradley Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

Patti Freeman

**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002          Fax 907-565-1000
1-800-478-1234

Discount:     $ 0.00
Total:        $ 0.00

Order No: 115993

Waybill:
Service:   TODAY **ROUTE SER
Psc:       1
Wt:        1 Lbs
Delivered: Jul 26 2005  3:50PM
POD:
Other Charges:

Ship Date: 07/26/2005

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage

Department:

To:

Reference:

Base:      $ 0.00
Pcs:       $ 0.00
Wt:        $ 0.00
           $ 0.00
Discount:  $ 0.00
Total:     $ 0.00

---

Order No: 116037

Waybill:
Service:   1/2 HOUR RUSH
Psc:       1
Wt:        1 Lbs
Delivered: Jul 26 2005  4:50PM
POD:
Other Charges: Fuel = $0.67,

Ship Date: 07/26/2005

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage

Department:

To:
                    RIVE

Reference:

Base:      $ 19.00
Pcs:       $ 0.00
Wt:        $ 0.00
           $ 0.00
Discount:  $ 0.00
Total:     $ 19.67

---

Order No: 116240

Waybill:
Service:   1 HOUR RUSH
c:         1
           1 Lbs
livered:   Jul 27 2005  4:03PM
D:         FILED/RECEIPT AM RL
er Charges: Fuel = $0.44,

Ship Date: 07/27/2005

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage

Department:

To:
US District Court
222 W. 7th Ave 229
Anchorage

Reference:   Simmons-PADD

Base:      $ 12.50
Pcs:       $ 0.00
Wt:        $ 0.00
           $ 0.00
Discount:  $ 0.00
Total:     $ 12.94

---

er No: 116241

bill:
ice:       1 HOUR RUSH
           1 Lbs
ered:      Jul 27 2005  3:47PM
:          SHIRLEY A REEVES
r Charges: Fuel = $0.44,

Ship Date: 07/27/2005

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage

Department:

To:
Brad Owens
3000 A Street 300
Anchorage

Reference:   Simmons-PADD

Base:      $ 12.50
Pcs:       $ 0.00
Wt:        $ 0.00
           $ 0.00
Discount:  $ 0.00
Total:     $ 12.94

---

r No: 116565

bill:
ce:        TODAY **ROUTE SER
           1
           1 Lbs
ered:      Jul 29 2005  4:00PM
           FILED/RECEIPT RTN 8
Charges:

Ship Date: 07/29/2005

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage

Department:

To:
US District Court
222 WEST 7TH AVE 2ND FLOOR
Anchorage

Reference:

Base:      $ 0.00
Pcs:       $ 0.00
Wt:        $ 0.00
           $ 0.00
Discount:  $ 0.00
Total:     $ 0.00

---

e #: 6291          DISABILITY LAW CENTER          Thank You

5960          Dues and me......

Exhibit B
Page 3 of 8

# Anchorage Messenger Service, LLC
110 West Fifteenth Ave, Suite A.
Anchorage, AK
907-278-2736
99501

Invoice Number: 6459
Account#:             111
Invoice Date:        08/31/2005

**Invoice Submitted To:**
DISABILITY LAW CENTER
Attn: Accounts Payable
3330 ARCTIC BLVD #103
Anchorage, AK
99503

PAYABLE UPON RECEIPT

---

## Invoice Summary

| | | Comments: |
|---|---|---|
| Total Shipments: | 14 | TERMS NET 15 PLEASE |
| Base Charges: | $165.05 | PLEASE NOTE FUELSURCHARGE |
| Order Discounts: | $0.00 | TABLE AT WWW.AMSALASKA.COM |
| Net  Charges: | $165.05 | |

**Total Due:**   $165.05   USD

---

## Invoice Details

**Order No: 116758**

Ship Date: 08/01/2005

Department: ACCOUNT PAYABLE
To:
MONTHLY SERVICE FEE
0 0
0

Reference:  MONTHLY SERVICE

| | | |
|---|---|---|
| Base: | $ 135.00 |
| Pcs: | $ 0.00 |
| Wt: | $ 0.00 |
| | $ 0.00 |
| Discount: | $ 0.00 |
| Total: | $ 139.05 |

Waybill:
Service:   REGULAR ROUTE SE
Psc:        0
Wt:         0 Lbs
Delivered: Aug  1 2005 10:59AM
POD:
Other Charges: Fuel = $4.05,

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage AK

---

**Order No: 116979**

Ship Date: 08/01/2005

Department:

Reference:  NS[redacted]PADD

| | | |
|---|---|---|
| Base: | $ 0.00 |
| Pcs: | $ 0.00 |
| Wt: | $ 0.00 |
| Discount: | $ 0.00 |
| Total: | $ 0.00 |

Waybill:
Service:   TODAY **ROUTE SER
Psc:        2
Wt:         2 Lbs
Delivered: Aug  1 2005  3:27PM
POD:        LIZ WATERS
Other Charges:

From:
DISABILITY LAW CENTER
3330 ARCTIC BLVD #103
Anchorage

To:
Jermain, Dunnagan & Owens
3000 A Street 300
Anchorage



---

Exhibit B