| Order No: 133076 | Ship Date: 11/10/2005 | Department: | Reference: N. Simmons-PADD |
|---|---|---|---|
| Waybill:<br>Service: TODAY **ROUTE SER<br>Psc: 1<br>Wt: 1 Lbs<br>Delivered: Nov 10 2005 3:00PM<br>POD: G. MCKEE<br>Other Charges: | From:<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | To:<br>Jermain, Dunnagan & Owens<br>3000 A Street 300<br>Anchorage | Base: $ 0.00<br>Pcs: $ 0.00<br>Wt: $ 0.00<br>$ 0.00<br>Discount: $ 0.00<br>Total: $ 0.00 |

| Order No: 133111 | Ship Date: 11/10/2005 | Department: | Reference: ▮ |
|---|---|---|---|
| Waybill:<br>Service: REGULAR ROUTE SE<br>Psc: 0<br>Wt: 0 Lbs<br>Delivered: Nov 10 2005 11:38AM<br>POD: FILED<br>Other Charges: | From:<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | To:<br>SUPREME COURT OF ALASKA<br>303 K STREET<br>Anchorage | Base: $ 0.00<br>Pcs: $ 0.00<br>Wt: $ 0.00<br>$ 0.00<br>Discount: $ 0.00<br>Total: $ 0.00 |

| Order No: 133824 | Ship Date: 11/15/2005 | Department: | Reference: ▮ |
|---|---|---|---|
| Waybill:<br>Service: REGULAR ROUTE SE<br>Psc: 0<br>Wt: 0 Lbs<br>Delivered: Nov 16 2005 10:20AM<br>POD: ▮<br>Other Charges: | From:<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | To:<br>▮ | Base: $ 0.00<br>Pcs: $ 0.00<br>Wt: $ 0.00<br>$ 0.00<br>Discount: $ 0.00<br>Total: $ 0.00 |

| Order No: 133998 | Ship Date: 11/16/2005 | Department: | Reference: Simmons-PADD |
|---|---|---|---|
| Waybill:<br>Service: TODAY **ROUTE SER<br>Psc: 1<br>Wt: 1 Lbs<br>Delivered: Nov 16 2005 2:52PM<br>POD: LIZ WATERS<br>Other Charges: | From:<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | To:<br>Jermain, Dunnagan & Owens<br>3000 A Street 300<br>Anchorage | Base: $ 0.00<br>Pcs: $ 0.00<br>Wt: $ 0.00<br>$ 0.00<br>Discount: $ 0.00<br>Total: $ 0.00 |

| Order No: 134273 | Ship Date: 11/17/2005 | Department: | Reference: ▮ |
|---|---|---|---|
| Waybill:<br>Service: REGULAR ROUTE SE<br>Psc: 1<br>Wt: 1 Lbs<br>Delivered: Nov 18 2005 11:31AM<br>POD: ▮<br>Other Charges: | From:<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | To:<br>▮ | Base: $ 0.00<br>Pcs: $ 0.00<br>Wt: $ 0.00<br>$ 0.00<br>Discount: $ 0.00<br>Total: $ 0.00 |

| Order No: 134479 | Ship Date: 11/18/2005 | Department: | Reference: ▮ |
|---|---|---|---|
| Waybill:<br>Service: REGULAR ROUTE SE<br>Psc: 0<br>Wt: 0 Lbs<br>Delivered: Nov 21 2005 9:30AM<br>POD: FILED<br>Other Charges: | From:<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | To:<br>US District Court<br>222 WEST 7TH AVE 2ND FLOOR<br>Anchorage | Base: $ 0.00<br>Pcs: $ 0.00<br>Wt: $ 0.00<br>$ 0.00<br>Discount: $ 0.00<br>Total: $ 0.00 |

| Order No: 135120 | Ship Date: 11/23/2005 | Department: | Reference: | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | [redacted] | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | | | | $ 0.00 |
| Delivered: Nov 23 2005 1:05PM | | | | Discount: | $ 0.00 |
| POD: [redacted] | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 135149 | Ship Date: 11/23/2005 | Department: | Reference: Simmons-PADD | | |
|---|---|---|---|---|---|
| Waybill: X1 RETURN | From: | To: | | Base: | $ 12.50 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | US District Court | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | 222 WEST 7TH AVE 2ND FLOOR | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Nov 23 2005 4:50PM | | | | Discount: | $ 0.00 |
| POD: FILED/RET TO DAVID F | | | | Total: | $ 13.63 |
| Other Charges: Fuel = $1.13, | | | | | |

| Order No: 135150 | Ship Date: 11/23/2005 | Department: | Reference: J[redacted] | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | US District Court | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | 222 WEST 7TH AVE 2ND FLOOR | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Nov 23 2005 4:50PM | | | | Discount: | $ 0.00 |
| POD: FILED/CC RET TO DAV | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 135181 | Ship Date: 11/23/2005 | Department: | Reference: [redacted] | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: REGULAR ROUTE SE | DISABILITY LAW CENTER | [redacted] | | Pcs: | $ 0.00 |
| Psc: 0 | 3330 ARCTIC BLVD #103 | | | Wt: | $ 0.00 |
| Wt: 0 Lbs | Anchorage | | | | $ 0.00 |
| Delivered: Nov 23 2005 2:47PM | | | | Discount: | $ 0.00 |
| POD: [redacted] | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 135428 | Ship Date: 11/28/2005 | Department: | Reference: [redacted] | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: REGULAR ROUTE SE | DISABILITY LAW CENTER | [redacted] | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | | | | $ 0.00 |
| Delivered: Nov 29 2005 10:51AM | | | | Discount: | $ 0.00 |
| POD: [redacted] | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 135645 | Ship Date: 11/29/2005 | Department: | Reference: [redacted] | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: REGULAR ROUTE SE | Torgerson, James | DISABILITY LAW CENTER | | Pcs: | $ 0.00 |
| Psc: 1 | 510 L Street 500 | 3330 ARCTIC BLVD #103 | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Nov 30 2005 10:47AM | | | | Discount: | $ 0.00 |
| POD: KATE A | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 136917 | Ship Date: 12/06/2005 | Department: | Reference: | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | ███████████ | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | | | | $ 0.00 |
| Delivered: Dec 6 2005 1:45PM | | | | Discount: | $ 0.00 |
| POD: LEFT SECURE | | | | Total: | $ 5.45 |
| Other Charges: Fuel = $0.45, Extras = $5.00 | | | | | |

| Order No: 137069 | Ship Date: 12/07/2005 | Department: | Reference: Simmons, N-PADD | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | Jermain, Dunnagan & Owens | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | 3000 A Street 300 | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Dec 7 2005 3:50PM | | | | Discount: | $ 0.00 |
| POD: M BAKER | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 137070 | Ship Date: 12/07/2005 | Department: | Reference: Simmons, N-PADD | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | US District Court | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | 222 WEST 7TH AVE 2ND FLOOR | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Dec 7 2005 4:05PM | | | | Discount: | $ 0.00 |
| POD: FILED | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 137206 | Ship Date: 12/07/2005 | Department: | Reference: Simmons, N-PADD | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | Jermain, Dunnagan & Owens | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | 3000 A Street 300 | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Dec 7 2005 3:50PM | | | | Discount: | $ 0.00 |
| POD: M BAKER | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 137207 | Ship Date: 12/07/2005 | Department: | Reference: Simmons, N-PADD | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: TODAY **ROUTE SER | DISABILITY LAW CENTER | US District Court | | Pcs: | $ 0.00 |
| Psc: 1 | 3330 ARCTIC BLVD #103 | 222 WEST 7TH AVE 2ND FLOOR | | Wt: | $ 0.00 |
| Wt: 1 Lbs | Anchorage | Anchorage | | | $ 0.00 |
| Delivered: Dec 7 2005 4:05PM | | | | Discount: | $ 0.00 |
| POD: FILED | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

| Order No: 137402 | Ship Date: 12/08/2005 | Department: | Reference: ███████ | | |
|---|---|---|---|---|---|
| Waybill: | From: | To: | | Base: | $ 0.00 |
| Service: REGULAR ROUTE SE | DISABILITY LAW CENTER | ███████████ | | Pcs: | $ 0.00 |
| Psc: 0 | 3330 ARCTIC BLVD #103 | | | Wt: | $ 0.00 |
| Wt: 0 Lbs | Anchorage | | | | $ 0.00 |
| Delivered: Dec 9 2005 9:15AM | | | | Discount: | $ 0.00 |
| POD: ███████ | | | | Total: | $ 0.00 |
| Other Charges: | | | | | |

Invoice #: 7130        DISABILITY LAW CENTER        Thank You

| | | | |
|---|---|---|---|
| **Order No:** 148315 | **Ship Date:** 02/15/2006 | **Department:** | **Reference:** NS-PADD |
| **Waybill:**<br>**Service:** TODAY **ROUTE SER<br>**Psc:** 1<br>**Wt:** 1 Lbs<br>**Delivered:** Feb 15 2006  4:10PM<br>**POD:** FILED<br>**Other Charges:** | **From:**<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | **To:**<br>US District Court<br>222 WEST 7TH AVE<br>Anchorage | **Base:** $ 0.00<br>**Pcs:** $ 0.00<br>**Wt:** $ 0.00<br>$ 0.00<br>**Discount:** $ 0.00<br>**Total:** $ 0.00 |
| **Order No:** 148327 | **Ship Date:** 02/15/2006 | **Department:** | **Reference:** |
| **Waybill:**<br>**Service:** TODAY **ROUTE SER<br>**Psc:** 1<br>**Wt:** 1 Lbs<br>**Delivered:** Feb 15 2006  4:13PM<br>**POD:** [redacted]<br>**Other Charges:** | **From:**<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | **To:** [redacted] | **Base:** $ 0.00<br>**Pcs:** $ 0.00<br>**Wt:** $ 0.00<br>$ 0.00<br>**Discount:** $ 0.00<br>**Total:** $ 0.00 |
| **Order No:** 148430 | **Ship Date:** 02/16/2006 | **Department:** | **Reference:** |
| **Waybill:**<br>**Service:** TODAY **ROUTE SER<br>**Psc:** 1<br>**Wt:** 1 Lbs<br>**Delivered:** Feb 16 2006  2:58PM<br>**POD:** [redacted]<br>**Other Charges:** | **From:**<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | **To:** [redacted] | **Base:** $ 0.00<br>**Pcs:** $ 0.00<br>**Wt:** $ 0.00<br>$ 0.00<br>**Discount:** $ 0.00<br>**Total:** $ 0.00 |
| **Order No:** 148431 | **Ship Date:** 02/16/2006 | **Department:** | **Reference:** |
| **Waybill:**<br>**Service:** TODAY **ROUTE SER<br>**Psc:** 1<br>**Wt:** 1 Lbs<br>**Delivered:** Feb 16 2006  2:20PM<br>**POD:** [redacted]<br>**Other Charges:** | **From:**<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | **To:** [redacted] | **Base:** $ 0.00<br>**Pcs:** $ 0.00<br>**Wt:** $ 0.00<br>$ 0.00<br>**Discount:** $ 0.00<br>**Total:** $ 0.00 |
| **Order No:** 148458 | **Ship Date:** 02/16/2006 | **Department:** | **Reference:** |
| **Waybill:**<br>**Service:** TODAY **ROUTE SER<br>**Psc:** 1<br>**Wt:** 1 Lbs<br>**Delivered:** Feb 16 2006  4:20PM<br>**POD:** FILED<br>**Other Charges:** | **From:**<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | **To:**<br>US District Court<br>222 WEST 7TH AVE<br>Anchorage | **Base:** $ 0.00<br>**Pcs:** $ 0.00<br>**Wt:** $ 0.00<br>$ 0.00<br>**Discount:** $ 0.00<br>**Total:** $ 0.00 |
| **Order No:** 148647 | **Ship Date:** 02/17/2006 | **Department:** | **Reference:** |
| **Waybill:**<br>**Service:** REGULAR ROUTE SE<br>**Psc:** 0<br>**Wt:** 0 Lbs<br>**Delivered:** Feb 17 2006  2:55PM<br>**POD:** [redacted]<br>**Other Charges:** | **From:**<br>DISABILITY LAW CENTER<br>3330 ARCTIC BLVD #103<br>Anchorage | **To:** [redacted] | **Base:** $ 0.00<br>**Pcs:** $ 0.00<br>**Wt:** $ 0.00<br>$ 0.00<br>**Discount:** $ 0.00<br>**Total:** $ 0.00 |

**Invoice #:** 7460     DISABILITY LAW CENTER     Thank You