SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:	907-565-1002
FAX: 907-565-1000
Email:	skerr@dlcak.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| N.S. by and through his parents, R.S. and J.S., | Case No. A05-0177 CV (TMB) |
| Plaintiffs, | |
| v. | |
| Anchorage School District, | |
| Defendants. | |

_____

**[PROPOSED] ORDER**

Plaintiff's motion for attorney fees and costs in the amount of $10,935.47 is

GRANTED.

Dated this ___ day of _____, 2006.	_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　US Judge Burgess