



**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

November 22, 2005

Brad Owens
Jermaine, Dunnagan and Owens
3000 "A" Street, Suite 300
Anchorage, AK 99503

Via Fax and U.S. Mail

RE: N.S. and ASD

Dear Brad:

This is in response to your Rule 68 Offer of Judgment forwarded late last week.

I have been counsel practicing special education law for many years. It is my view that as much as possible fees should be amicably resolved so that I may devote more of my attention to the merits of my client's cases. Fortunately, in other states where I have practiced, I have had opposing counsel who concurred, for the most part, in that approach. As a result, I have filed very few fees petitions over the years. I think this is very consistent with IDEA.

Here, it is unfortunate that you have unnecessarily increased fees and costs to both your clients and to DLC. We made good faith efforts to solve this matter prior to filing it in federal court, which you refused. We then had to file the case in federal court. Even after filing, we tried to keep costs down for both sides proposing resolution on the fees petition without additional discovery. You refused that. You then served unnecessary discovery on us and are continuing to turn this case into a "second litigation" of the original matter. As a result, our fees are approximately $15,000.

Based on your unreasonableness to date, and the additional fees you have caused and are continuing to cause, we cannot accept your Offer of Judgment of $7800. In response, our counteroffer to resolve this fees petition is below and is open until December 2, 2005:

1. Payment of the original $12,024.90 fees due.
2. Payment of the filing fee.
3. Payment of our fees for filing the petition of $450.00.
4. Payment of at least $1,000.00 of our fees for the defense of this fees petition in court.
5. Stipulation in this case to the reasonableness of my hourly rate of $225.00.
6. We will waive any fees beyond the $1,000.00 referenced in No. 4.
7. We will waive any costs we incurred to date in the federal court matter.

This letter is sent consistent with FRE 408. Thank you for your attention to this matter.

MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS



EXHIBIT 1
Page 1 of 2

Very truly yours,

*[signature]* Kall for

Sonja D. Kerr
Supervising Attorney

c: Jill Simmons

EXHIBIT 1
Page 2 of 5

Response No. 25

| Citation | Case | Date |
|---|---|---|
| 31 IDELR 17 317-2 31 LRP 5909 | Independent Sch. Dist. No. 623<br>Minnesota State Educational Agency | 07/07/99 |
| 31 IDELR 222 1119.99 31 LRP 5974 | Duneland Sch. Corp.<br>Indiana State Educational Agency | 01/19/00 |
| 32 IDELR 158 1119.99 32 LRP 6216 | Duneland Sch. Corp.<br>Indiana State Educational Agency | 03/30/00 |
| N/A 102 LRP 4637 | Poplar Bluff R-I School District<br>Missouri State Educational Agency | 04/11/00 |
| N/A 102 LRP 4771 | Lee's Summit School District<br>Missouri State Educational Agency | 10/14/99 |
| H317-2 102 LRP 6978 | Independent School District No. 623 (Roseville)<br>Minnesota State Educational Agency | 07/07/99 |
| H331-1M 102 LRP 6992 | Independent School District No. 833 (South Washington County)<br>Minnesota State Educational Agency | 06/02/99 |
| 331-2 102 LRP 6994 | Independent School District No. 833 South Washington County<br>Minnesota State Educational Agency | 06/16/99 |
| H347 102 LRP 7022 | Independent School District No. 192, Farmington<br>Minnesota State Educational Agency | 11/22/99 |
| H354-1 102 LRP 7030 | Independent School District # 0270<br>Minnesota State Educational Agency | 02/24/00 |
| H354-2 102 LRP 7032 | Independent School District No. 270, Hopkins<br>Minnesota State Educational Agency | 01/11/01 |
| N/A 102 | Poplar Bluff R-I School District | 04/10/00 |

EXHIBIT 1
Page 3 of 5

Cases involving Sonja Kerr   1



| Citation | Case / Party | Court / Agency | Date |
|---|---|---|---|
| LRP 7355 | | Missouri State Educational Agency | |
| N/A 102 LRP 7363 | Lee's Summit School District | Missouri State Educational Agency | 10/08/99 |
| 36 IDELR 263 01-342 (SRN) 102 LRP 10125 | School Bd. of Indep. Sch. Dist. No. 11, Anoka-Hennepin v. Pachl by Pachl | U.S. District Court, Minnesota | 05/10/02 |
| 331-2 102 LRP 12791 | Independent School District No. 833 South Washington County | Minnesota State Educational Agency | 06/15/99 |
| 347 102 LRP 12807 | Independent School District No. 192, Farmington | Minnesota State Educational Agency | 11/22/99 |
| 42 IDELR 7 Civ.03-2437(JNE/JGL) 104 LRP 45985 | Wachlarowicz by Wachlarowicz v. School Bd. of Indep. Sch. Dist. No. 832 | U.S. District Court, Minnesota | 09/30/04 |
| 42 IDELR 83 Civ.02-3698 JNE/JGL 104 LRP 51115 | School Bd. of Indep. Sch. Dist. No. 11 v. Renollett by Renollett | U.S. District Court, Minnesota | 11/01/04 |
| 44 IDELR 117 HR 05-18 105 LRP 22983 | Anchorage Sch. Dist. | Alaska State Educational Agency | 01/20/05 |
| HR 05-18 105 LRP 22987 | ANCHORAGE SCHOOL DISTRICT | Alaska State Educational Agency | 12/19/04 |
| HR 05-19 105 LRP 22990 | ANCHORAGE SCHOOL DISTRICT | Alaska State Educational Agency | 12/21/04 |
| 44 IDELR 55 HR 05-12 105 LRP 23005 | Anchorage Sch. Dist. | Alaska State Educational Agency | 02/25/05 |

EXHIBIT 1
Page 4 of 5

| | | |
|---|---|---|
| 4 ECLPR 630 05-17 105 LRP 23008 | Anchorage Sch. Dist. Alaska State Educational Agency | 03/29/05 |
| HR 05-13 105 LRP 50363 | Anchorage Sch. Dist. Alaska State Educational Agency | 06/28/05 |
| 395-2 102 LRP 19805 | In re: Student with a Disability Minnesota State Educational Agency | 12/27/00 |
| 38 IDELR 123 01-342 (PAM/SRN) 103 LRP 5124 | School Bd. of Indep. Sch. Dist. No. 11, Anoka-Hennepin v. Pachl by Pachl U.S. District Court, Minnesota | 12/23/02 |
| 317-2 102 LRP 19779 | Independent School District No. 623, Roseville Minnesota State Educational Agency | 07/07/99 |
| 354 102 LRP 12815 | Independent School District # 0270 Minnesota State Educational Agency | 02/24/00 |
| 354-2 102 LRP 12813 | Independent School District No. 270, Hopkins Minnesota State Educational Agency | 12/21/01 |



*Mahesh REINHOLDSON, et al., v. STATE OF MINNESOTA, et al*, 346 F.3d 847 (8th Cir. 2003)

EXHIBIT 1
Page 5 of 5

3