MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Telephone: 1-800-478-1234/1-907-565-1002
Fax: 1-907-565-1000
Email: mallison@dlcak.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S., | )<br>)<br>) |
| Plaintiffs | )<br>) |
| vs. | )<br>) |
| ANCHORAGE SCHOOL DISTRICT, | )   Case No. A05-0177 CV (JKS) |
| Defendant | )<br>)<br>) |

## ENTRY OF APPEARANCE

Comes now, Meg K. Allison, by and through the Disability Law Center of Alaska, and gives notice of her entry of appearance in this matter on behalf of N.S.

DATED this 12th day of September, 2006.

                                        /s Meg K. Allison
                            MEG K. ALLISON (AK BAR NO. 0511091)
                            DISABILITY LAW CENTER OF ALASKA
                            3330 Arctic Blvd., Suite 103
                            Anchorage, Alaska 99503
                            Telephone: 1-800-478-1234/1-907-565-1002
                            Fax: 1-907-565-1000
                            Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 12th day of September 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

\_\_\_s/ Meg K.Allison_____
Meg K. Allison