Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Anchorage School District,<br><br>      Defendant. | Case No. 3:05-cv-0177 (TMB) |

**NOTICE OF APPEAL**

Notice is hereby given that the Anchorage School District, Defendant in the above named case, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered by the district court in this action on August 22, 2006.

{00130345 }

DATED at Anchorage, Alaska this 15th day of September 2006.

                JERMAIN, DUNNAGAN & OWENS, P.C.

           By: */s/ Bradley D. Owens*
              Bradley D. Owens
              3000 A Street, Suite 300
              Anchorage, AK  99503
              Telephone: (907) 563-8844
              Facsimile: (907) 563-7322
              bradowens@jdolaw.com
              Alaska Bar No. 7610122

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of September, 2006, a true and correct copy of the foregoing was electronically mailed to:

Megan Allison
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, AK 99503

*/s/ Bradley D. Owens*

3227.1141 - 130345