Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Anchorage School District,<br><br>　　　　Defendant. | <br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0177 (TMB) |

### NOTICE OF SUPPLEMENTAL AUTHORITY

The Anchorage School District (ASD), defendant in the above matter, by and through counsel, Jermain Dunnagan & Owens, P.C., hereby submits notice to the court, pursuant to D. Ak. LR 7.1(h)(1)[B], of supplemental authority concerning the pending Motion for Attorney's Fees. (Docket 40).

　　　1.　　The IDEA prohibits an award of attorney's fees and costs after a written settlement offer.  20 U.S.C. § 1415(i)(3)(D)(i).  However, the IDEA does not require that the written offer of settlement be an offer of judgment pursuant to Rule 68 FRCP.  20 U.S.C. § 1415(i)(3)(D)(i)(I).  This argument is made by plaintiff at pages 2-3 of his Reply

Memorandum (Docket 46) in response to ASD's argument about the written offer of settlement at pages 3-5 of its Opposition Memorandum. (Docket 41).

2.  Plaintiff disputes at page 3 of his Reply Memorandum that the written offer of $29,000.00 submitted December 30 to settle three separate matters resulted in an offer of $14,700.00 in this case—a more favorable amount than the recovery eventually awarded by the court of $10,881.67.  This is discussed at pages 3-4 & n. 7 of ASD's Opposition Memorandum.  Attached hereto as Exhibit 4 are the offers and acceptance of the settlements in the other two matters that settled for a total of $14,300.00.  ASD did not expect that these settlements or amounts would be contested.

DATED at Anchorage, Alaska this 20th day of September 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By:  */s/ Bradley D. Owens*
Bradley D. Owens
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar No. 7610122

**CERTIFICATE OF SERVICE**

This is to certify that on this 11th day of September, 2006, a true and correct copy of the foregoing was electronically mailed to:

Megan Allison
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, AK 99503

*/s/ Bradley D. Owens*

3227.1141 - 130954

*NOTICE OF SUPPLEMENTAL AUTHORITY*                                      PAGE 2
*N.S. et al. v. Anchorage School District*
CASE NO. 3:05-CV-0177 (TMB)