## Bradley Owens

| | |
|---|---|
| **From:** | Sonja D. Kerr [skerr@dlcak.org] |
| **Sent:** | Wednesday, May 31, 2006 10:40 AM |
| **To:** | 'bradowens@jdolaw.com'; David Fleurant |
| **Cc:** | 'Jerry Sjolander' |
| **Subject:** | RE: Attys fees offer |
| **Attachments:** | 06.05.31 Ltr Reg Settlement.doc; 06.05.31 Ltr Reg Settlement.doc |

Brad, here are two letters; one for KJ and one for C.S. We are accepting the fee offers in your email of May 25, 2006. Please prepare a stipulation for each for the court. Thanks.

Sonja


-----Original Message-----
**From:** Brad Owens [mailto:bradowens@jdolaw.com]
**Sent:** Thursday, May 25, 2006 5:31 PM
**To:** Sonja D. Kerr
**Cc:** 'Jerry Sjolander'
**Subject:** Attys fees offer

Sonja,
After reviewing your responses, ASD is willing to make this final offer in an effort to get these cases behind us:
$7,350.00 for the CS fees and costs; and
$7,000.00 for the fees and costs in KJ.
However, you must accept both of these offers--that is, you may not accept one but not the other. If you try to accept only one, then both are withdrawn. We want both of these matters concluded. If this offer is acceptable, I will prepare a stipulation advising the court we have settled the claims and requesting the ct to dismiss each action with prejudice.
Brad

The information contained in this transmittal is confidential, may be subject to attorney-client privilege and is intended only for the use of the recipient named above. If the reader of this information is not the intended recipient, or the employee or agent responsible for delivery of this information to the intended recipient, you are hereby notified that this is not a waiver of privilege and any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this information in error, please notify the sender immediately by telephone at (907) 563-8844 and delete this message from your system.

EXHIBIT 4
Page 1 of 3

9/19/2006

May 31, 2006

Brad Owens
Jermain, Dunnagan and Owens
3000 "A" Street, Suite 300
Anchorage, AK 99503
BY FAX and EMAIL

RE:   C.S. v. ASD, A05-0275 CV

Dear Brad:

The parents will accept $7300.00 for resolution of attorneys fees to resolve this lawsuit. By such acceptance, the parents do not waive any other claim or potential claim presently disputed between the parties. Please forward to us a stipulation for judgment of this amount. Payment should be made within thirty days.

Very truly yours,


Sonja D. Kerr
Supervising Attorney
C:     J.S.
       D. Fleurant

EXHIBIT 4
Page 2 of 3

May 31, 2006

Brad Owens
Jermain, Dunnagan and Owens
3000 "A" Street, Suite 300
Anchorage, AK 99503
BY FAX and EMAIL

RE:   K.J. v. ASD A05-0276 (TMB)

Dear Brad:

The parents will accept $7000.00 for resolution of attorneys fees to resolve this lawsuit. Please forward to us a stipulation for judgment of this amount. Payment should be made within thirty days.

Very truly yours,


Sonja D. Kerr
Supervising Attorney
C:    Parents of KJ
      D. Fleurant

EXHIBIT 4
Page 3 of 3