Sonja D. Kerr, Esq. (Bar No. 0409051)
1114 Covington Court
Anchorage, AK 99503
(907)-222-9994
nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S., ) ) ) Plaintiffs ) ) Vs. ) ) ) Anchorage School District, ) ) Defendant ) _____) | Case No. A05-0177 CV (TMB) |

**NOTICE OF CHANGE OF ADDRESS/ENTRY OF APPEARANCE**

Comes now, Sonja D. Kerr, and hereby gives notice of entry of appearance in this matter on behalf of N.S. as well as notice of address change as indicated below; substitution of counsel is pending and awaiting transfer of the file from Disability Law Center.

Dated this 22nd day of September, 2006.      ____s/Sonja D. Kerr_____
                                              SONJA D. KERR (AK BAR NO. 0409051)
                                              1114 Covington Court
                                              Anchorage, Alaska 99503
                                              Telephone: (907)-222-9994
                                              Email: nalaof608@yahoo.com

Certificate of Service

I hereby certify that on the 22nd
day of September 2006, a true and
correct copy of this document was
served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300

Anchorage, AK 99503

    s/Sonja D. Kerr
Sonja D. Kerr