Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

N.S. by and through
His parents, J.S. and R.S.,

    Plaintiffs,

vs.

Anchorage School District,

    Defendant.

Case No. 3:05-cv-0177 (TMB)

## DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

Comes now the defendant Anchorage School District ("ASD"), by and through its attorneys Jermain, Dunnagan & Owens, P.C., and hereby moves this Court for an Order for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(1). This motion is supported by the attached memorandum submitted herewith.

DATED at Anchorage, Alaska this 22nd day of September, 2006.

    JERMAIN, DUNNAGAN & OWENS, P.C.
    Attorneys for Anchorage School District

    By: /s/ Bradley D. Owens
        Bradley D. Owens
        3000 A Street, Suite 300
        Anchorage, AK  99503
        Telephone:  (907) 563-8844
        Facsimile:  (907) 563-7322
        bradowens@jdolaw.com
        Alaska Bar #7610122

Certificate of Service

This is to certify that on this 22nd day of September, 2006, a true and correct copy of the Foregoing was electronically mailed to:

Megan Allison
Disaiblity Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, AK  99503


s/ Bradley D. Owens

3227 1141/131097