Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Anchorage School District,<br><br>　　　　　Defendant. | Case No. 3:05-cv-0177 (TMB) |

### PROPOSED ORDER GRANTING RELIEF FROM JUDGMENT

　　Having considered Defendant's Motion For Relief From Judgment and any opposition thereto,

　　IT IS HEREBY ORDERED that the Motion for Relief filed by Defendant Anchorage School District is GRANTED.

DATED:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JOEL H. BOLGER

Certificate of Service

This is to certify that on this 22nd day of September, 2006, a true and correct copy of the Foregoing was electronically mailed to:

Megan Allison
Disaiblity Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, AK  99503


s/ Bradley D. Owens

3227 1141/131097