SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his ) | |
| Parents, J.S. and R.S., ) | |
| Plaintiffs ) | |
| ) | |
| Vs. ) | Case No. A05-0177 CV (TMB) |
| ) | |
| Anchorage School District, ) | |
| Defendant ) | |
| _____) | |

## ENTRY OF APPEARANCE

Comes now, Sonja D. Kerr, and hereby gives notice of entry of appearance in this matter on behalf of N.S. in her capacity as private counsel at the address indicated below.

Dated this 28th day of September, 2006.        _____s/Sonja D. Kerr_____
                                               SONJA D. KERR (AK BAR NO. 0409051)
                                               1114 Covington Court
                                               Anchorage, Alaska 99503
                                               Telephone: (907)-222-9994
                                               Email: nalaof608@yahoo.com

Certificate of Service
I hereby certify that on the 28th
day of September 2006, a true and
correct copy of this document was
served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

Meg Allison
Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

_____s/Sonja D. Kerr_
Sonja D. Kerr