IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

N.S. by and
through his parents,
J.S. and R.S.,
      Plaintiff,

v.

Anchorage School District,
      Defendants

---

### NOTICE OF CHANGE OF COUNSEL
### AND REQUEST FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 11.1, Plaintiff hereby provides notice that he will no longer be represented by the Disability Law Center. Plaintiff has chosen to be represented by Sonja D. Kerr, who is no longer associated with the Disability Law Center. Thomas A. Dosik, Megan K. Allison, and Sonja D. Kerr have previously entered appearances on behalf of Plaintiff. Therefore, Plaintiff requests that the following be allowed to withdraw as counsel:

    Thomas A. Dosik, Esq.
    DISABILITY LAW CENTER OF ALASKA
    3330 Arctic Blvd., Ste. 103
    Anchorage, AK 99503
    Telephone: (907) 565-1002
    Fax: (907) 565-1000
    tdosik@dlcak.org

    Megan K. Allison
    DISABILITY LAW CENTER OF ALASKA
    3330 Arctic Blvd., Ste. 103
    Anchorage, AK 99503
    Telephone: (907) 565-1002
    Fax: (907) 565-1000
    mallison@dlcak.org

        Sonja D. Kerr
        DISABILITY LAW CENTER OF ALASKA
        3330 Arctic Blvd., Ste. 103
        Anchorage, AK 99503
        Telephone: (907) 565-1002
        Fax: (907) 565-1000
        skerr@dlcak.org

Plaintiff also requests that Sonja D. Kerr, Esq., 1114 Covington Court, Anchorage, Alaska, 99503, (907)-222-9994 and email at nalaof608@yahoo.com, be substituted in as Counsel. Pursuant to Local Rule 11.1(c), filed herewith is a formal Entry of Appearance by Sonja D. Kerr and Consent of Plaintiff.

    Plaintiff asserts that this substitution of Counsel will work no hardship or prejudice upon Defendants as Ms. Kerr is familiar with the case and its proceedings, and the proceedings are essentially concluded in this Court with an appeal filed by Defendants to the Ninth Circuit Court of Appeals.

Dated: September 26, 2006

        _____
        Thomas A. Dosik, Esq.
        DISABILITY LAW CENTER OF ALASKA

        _____
        Meg K. Allison
        3330 Arctic Blvd., Ste. 103
        Anchorage, AK 99503
        Telephone: (907) 565-1002
        Fax: (907) 565-1000
        tdosik@dlcak.org
        mallison@dlcak.org

Dated:

        _____
        Sonja D. Kerr, Esq.
        1114 Covington Ct.
        Anchorage, AK 99503