**Last Page** (Notice of Change of Counsel and Request for Leave to Withdraw)

Dated: September 28, 2006              s/Sonja D. Kerr
                                       Sonja D. Kerr, Esq.
                                       1114 Covington Court
                                       Anchorage, AK 99503
                                       Telephone: (907)-222-9994
                                       Fax: 1-866-310-9252
                                       nalaof608@yahoo.com

**Certificate of Service**

I hereby certify that on the 28th day of September, 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

Meg Allison
Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

s/Sonja D. Kerr
Sonja D. Kerr