SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S., ) ) ) Plaintiffs ) ) Vs. ) ) ) Anchorage School District, ) ) Defendant ) _____ ) | Case No. A05-0177 CV (TMB) |

**CONSENT OF PLAINTIFF**

Comes now, Jill Simmon, parent of N.S., and hereby gives consent to substitution and change of counsel from Disability Law Center (Sonja D. Kerr, Thomas Dosik, Megan Allison) to Sonja D. Kerr, Esq. My electronic signature attached herewith.

Dated this 27th day of September, 2006.      ___*Jill Simmons*____
                                              Jill Simmons

Certificate of Service

I hereby certify that on the 28th day of September 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

     s/Sonja D. Kerr
Sonja D. Kerr