MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Telephone: 1-800-478-1234/1-907-565-1002
Fax: 1-907-565-1000
Email: mallison@dlcak.org
Attorney for Intervenor-Applicant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S.,<br><br>  Plaintiffs<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. A05-0177 CV (JKS) |

## ENTRY OF APPEARANCE

Comes now, Meg K. Allison, by and through the Disability Law Center of Alaska, and gives notice of her entry of appearance in this matter on behalf of the Disability Law Center of Alaska.

DATED this 2nd day of October, 2006.

                                                 _____/s Meg K. Allison____
                                                 MEG K. ALLISON (AK BAR NO. 0511091)
                                                 DISABILITY LAW CENTER OF ALASKA
                                                 3330 Arctic Blvd., Suite 103
                                                 Anchorage, Alaska 99503
                                                 Telephone: 1-800-478-1234/1-907-565-1002
                                                 Fax: 1-907-565-1000
                                                 Email: mallison@dlcak.org

Certificate of Service
I hereby certify that on the 2nd day of October, 2006, a copy of this document was served electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

 __s/ Meg K. Allison_____
Meg K. Allison