Meg K. Allison (AK Bar No. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: mallison@dlcak.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | | |
|---|---|---|
| N.S., by and through his parents J.S. and R.S., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. A05-0177 CV (TMB) |
| vs. | ) ) | |
| Anchorage School District, | ) ) | |
| Defendants. | ) | |

**MOTION TO INTERVENE**

COMES NOW, the Disability Law Center ("DLC") and hereby moves this Court for an order, pursuant to Federal Rule of Civil Procedure 24, permitting it to intervene in the above-captioned matter.

A memorandum filed contemporaneously herewith supports this motion.

Dated: October 2, 2006.               Respectfully submitted,


                                      /s Meg K. Allison
                                      Meg K. Allison (AK Bar No. 0511091)
                                      The Disability Law Center of Alaska
                                      3330 Arctic Blvd., Suite 220
                                      Anchorage, AK 99503
                                      Telephone: 907-565-1002
                                      Fax: 907-565-1000
                                      Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 2nd day of October, 2006, a copy of this document was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

/s Meg Allison
Meg Allison