Meg K. Allison, Esq. (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Intervenor-Applicant
Email: mallison@dlcak.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S., ) ) ) | |
| Plaintiffs, ) | Case No. A05-0177 CV (JKS) |
| ) vs. ) ) | |
| Anchorage School District, ) ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Disability Law Center of Alaska's Motion to intervene is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　US Judge Burgess