SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S., ) ) Plaintiffs ) ) Vs. ) ) Anchorage School District, ) Defendant ) _____) | Case No. A05-0177 CV (TMB) |

**STIPULATION TO EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 60(b) MOTION**

The parties, by Counsel, hereby stipulate to a short extension of Plaintiffs'

Response to Defendant's Rule 60(b) motion. The response is currently due October 6,

2006 and the stipulation is that Plaintiff's response will be due October 13, 2006.

Dated this 2nd day of October, 2006.

\_\_\_\_s/Sonja D. Kerr_____
SONJA D. KERR (AK BAR NO. 0409051)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: (907)-222-9994
Email: nalaof608@yahoo.com

Attorney for Plaintiffs N.S., et al

\_\_\_\_s/Brad Owens_____
Bradley D. Owens (#7610122)
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
Phone: (907)-563-8844

Attorneys for Anchorage School District

N.S. v. ASD, et al                                                                                     1
Stipulation to Extension for Opp Rule 60(b)

Certificate of Service
I hereby certify that on the 2nd day of October, 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

    s/Sonja D. Kerr
Sonja D. Kerr