Meg K. Allison, Esq. (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Intervenor-Applicant
Email: mallison@dlcak.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S., <br><br> Plaintiffs, <br><br> vs. <br><br> Anchorage School District, <br><br> Defendants. | Case No. A05-0177 CV (JKS) |

## AFFIDAVIT OF DAVID FLEURANT

Comes now, David Fleurant and being first duly sworn, deposes and states as follows:

1. I am the Executive Director of the Disability Law Center of Alaska ("DLC").

2. DLC does not charge its clients attorney fees, but retains the right to recover attorney fees when clients are the prevailing party.

3. Sonja Kerr was employed by DLC until September 8, 2006.

4. Ms. Kerr has incurred all fees in this matter claimed by Plaintiffs, to date, during her employment at DLC.

5. On September 20, 2006, Plaintiffs terminated their relationship with DLC.

Further, affiant saith not.

David C. Fleurant

Subscribed and sworn to before me
this 2nd day of October, 2006.

[Notary seal: TERESA HOLT, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires]