SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S.,     Plaintiffs<br><br>Vs.<br><br>Anchorage School District,     Defendant | Case No. A05-0177 CV (TMB) |

**NOTICE OF SUBMISSION OF PROPOSED ORDER**

      Notice is hereby given that Counsel inadvertently omitted the Proposed Order for an extension of time for Plaintiffs' Response to Defendant's Rule 60(b) motion. The same is attached and relates to Docket 61 (Stipulation as to Extension).

Dated this 3rd day of October, 2006.

    s/Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 0409051)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: (907)-222-9994
Email: nalaof608@yahoo.com

<u>Certificate of Service</u>
I hereby certify that on the 3rd day of October, 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

Meg Allison
Disability Law Center, for intervenor
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

____s/Sonja D. Kerr____
Sonja D. Kerr