Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Anchorage School District,<br><br>            Defendant. | <br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0177 (TMB) |

**REQUEST FOR EXTENSION TO FILE REPLY TO
OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT**

Comes now defendant Anchorage School District, by and through its attorneys Jermain, Dunnagan & Owens, P.C., and requests additional time to file its Reply to Disability Law Center of Alaska's Opposition to Motion for Relief from Judgment.  This motion is unopposed by counsel Meg Allison based on agreement that the parties are waiting for ruling on DLC's Motion for Intervention. Defendant requests an extension of 3 days beyond the court's ruling on the Motion for Intervention.

Dated in Anchorage Alaska this 6th day of October 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage School District

By: /s/ Bradley D. Owens
Bradley D. Owens
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar #7610122

Certificate of Service

This is to certify that on this 6th day of October, 2006, a true and correct copy of the Foregoing was electronically mailed to:

Megan Allison (mallison@dlcak.org)
Disability Law Center of Alaska

Sonja D. Kerr (nalaof608@yahoo.com)

s/ Bradley D. Owens

3227 1141/132564