UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents,<br>J.S. and R.S.,<br><br> Plaintiff,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br> Defendant. | Case No. A05-0177 CV (TMB) |

**ORDER GRANTING EXTENSION TO FILE
REPLY TO OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT**

 Based on the non-opposed request of defendant Anchorage School District for additional time to file its Reply, accordingly

 IT IS HEREBY ORDERED that defendant's request for an extension of time until _____, 2006 to file its Reply to Opposition to Motion for Relief from Judgment is GRANTED.

 Dated:_____        _____
                        Timothy M. Burgess
                        U.S. District Judge

3227.1141 - 132565