UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| N.S[1]., et al., | ) | No. 06-35813 |
| | ) | |
|     Plaintiffs-Appellees | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANCHORAGE SCHOOL DISTRICT, | ) | |
| | ) | |
|     Defendant-Appellant | ) | |

**ENTRY OF APPEARANCE**

    Comes now, Sonja D. Kerr, who is duly admitted to this Circuit Court, and hereby gives notice of her entry of appearance in this matter on behalf of N.S. as well as notice of address change as indicated below.

Dated this 10th day of October, 2006.

s/Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 0409051)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: (907)-222-9994
Email: nalaof608@yahoo.com

Certificate of Service

I hereby certify that on this 10th day of October, 2006, a true and correct copy of this document was served electronically on:

Counsel for Appellants ASD
Brad Owens
Jermain, Dunnagan & Owens, PC
3000 "A" Street, Suite 300
Anchorage, AK 99503

Counsel for Intervenor DLC
Meg Allison
Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

s/Sonja D. Kerr
Sonja D. Kerr

---

[1] Title of the caption should be N.S., by J.S. and R.S.