Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Anchorage School District,<br><br>    Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0177 (TMB) |

**SUPPLEMENT TO REQUEST FOR EXTENSION OF TIME**

Comes now defendant Anchorage School District, by and through its attorneys Jermain, Dunnagan & Owens, P.C., and notifies the Court that counsel for plaintiffs, Sonja Kerr, does not oppose the Request for Extension to File Reply to Opposition to Motion for Relief from Judgment filed on October 6, 2006.

Dated in Anchorage Alaska this 10th day of October 2006.

           JERMAIN, DUNNAGAN & OWENS, P.C.
           Attorneys for Anchorage School District

          By: /s/ Bradley D. Owens
           Bradley D. Owens
           3000 A Street, Suite 300
           Anchorage, AK  99503
           Telephone:  (907) 563-8844
           Facsimile:  (907) 563-7322
           bradowens@jdolaw.com
           Alaska Bar #7610122

Certificate of Service

This is to certify that on this 10th day of October, 2006, a true and correct copy of the Foregoing was electronically mailed to:

Megan Allison (mallison@dlcak.org)
Disability Law Center of Alaska

Sonja D. Kerr (nalaof608@yahoo.com)

s/ Bradley D. Owens

3227 1141/132744