SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

N.S., by and through his          )
Parents, J.S. and R.S.,           )
      Plaintiffs               )
                                  )
Vs.                               )        Case No. A05-0177 CV (TMB)
                                  )
Anchorage School District,        )
      Defendant                )
_____)

**REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 60(b) MOTION**

Plaintiffs request one additional business day extension for submittal of Plaintiffs' Response to Defendant's Rule 60(b) motion. The response is currently due October 13, 2006. Plaintiffs request that the response be due October 16, 2006. The motion is unopposed by Defendant ASD.

Dated this 2nd day of October, 2006.

    s/Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 0409051)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: (907)-222-9994
Email: nalaof608@yahoo.com

Attorney for Plaintiffs N.S., et al

Certificate of Service
I hereby certify that on the 11th
day of October, 2006, a true and
correct copy of this document was
served electronically on:

Brad Owens
N.S. v. ASD, et al                                                          1
Unopposed Extension for Opp Rule 60(b)

Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

      s/Sonja D. Kerr
Sonja D. Kerr