SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S.,<br>    Plaintiffs<br><br>Vs.<br><br>Anchorage School District,<br>    Defendant | Case No. A05-0177 CV (TMB) |

[PROPOSED ORDER]

The Plaintiff's Unopposed Extension Request for Response time for Rule 60(b) is hereby granted and Plaintiffs response shall be due on October 16, 2006.

Dated: _____

US District Court Judge Burgess