**SONJA D. KERR, ESQ.**
1114 Covington Court
Anchorage, AK 99503
Ph: (907)-222-9994; Fax: 1-866-310-9252
nalaof608@yahoo.com

Admitted to
Practice in Alaska,
Minnesota and Indiana

September 27, 2006

Meg Allison
Disability Law Ctr of AK
3330 Arctic Blvd, Suite 103
Anchorage, AK 99503          RE: N.S. and ASD and related matters. BY EMAIL ONLY

Dear Meg:

This is in response to your recent note about a motion to intervene.

First, please be assured that Jill and I concur that the originally ordered fees ($10,800+) belong to DLC, as well as the "fees on fees." The only fees that I will seek will be for the time that I spend on the 9th circuit petition and those fees would be sought from ASD.


REDACTED PORTION



On a related matter, I have yet to get the substitution of counsel form. Kindly sign same and send that along so that I may file it with the Court. By fax is best.

I look forward to working with DLC in a manner that works best for the clients.

Very truly yours,
s/Sonja D. Kerr
Sonja D. Kerr
C:    Jill Simmons

*Protecting the Civil Rights of Persons with Disabilities Since 1989*

                                                                                                     *EX. 1*