Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>Anchorage School District,<br><br>             Defendant. | <br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0177 (TMB) |

### [Proposed] ORDER GRANTING INTERVENTION

This matter having come before the court on the motion of the Disability Law Center of Alaska (DLC) to intervene in this action under Rule 24(a)(2) FRCP; the court having reviewed the pleadings submitted by the parties concerning this motion, finds that intervention as a matter of right is appropriate in this matter since DLC is the real party in interest concerning any award of attorney's fees and the plaintiffs are merely nominal parties with no real stake or interest in the outcome of this action. Accordingly,

IT IS HEREBY ORDERED that the Motion to Intervene is GRANTED.

IT IS FURTHER HEREBY ORDERED that since plaintiffs are nominal parties in this matter, their participation hereafter is limited to a monitoring role in this action.

Dated:_____                    _____
                                             Timothy M. Burgess
                                             District Court Judge

Certificate of Service

This is to certify that on this 16th day of
October, 2006, a true and correct copy of the
foregoing Proposed Order was electronically mailed to:

Megan Allison (mallison@dlcak.org)
Disability Law Center of Alaska

Sonja D. Kerr (nalaof608@yahoo.com)


s/ Bradley D. Owens

3227 1141/133179