SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S.,  Plaintiffs  Vs.  Anchorage School District,  Defendant | Case No. A05-0177 CV (TMB) |

**NOTICE OF MOTION AND MOTION TO STRIKE**

Consistent with Fed. R. Civ. Proc. Rule 12(f), Plaintiffs N.S., J.S. and R.S. respectfully move the Court to strike those portions of Defendant ASD's submissions which "request" limitations on Plaintiff N.S., J.S. and R.S. and participation by their chosen private counsel, Sonja D. Kerr. Specifically, the Court should strike Dkt 73-1 (Defendant ASD's Response to Motion for Intervention and Request for Limitations) at pg. 1 and 3 and Dkt 74 (Defendant ASD's Reply to Plaintiff N.S.' Opposition to Rule 60(b) Motion) at pg. 2, lines 11-14.

Dated this 26th day of October, 2006.          *s/Sonja D. Kerr*
                                                Sonja D. Kerr, AK No. 0409051
                                                1114 Covington Court
                                                Anchorage, AK 99503
                                                (907)-222-9994
                                                (866)-310-9252
                                                nalaof608@yahoo.com

Certificate of Service

This is to certify that on this 26th day of October, 2006, a true and correct copy of

Notice of Motion, Motion to Strike                                                    1
N.S. et al v. ASD, 05-177

foregoing was electronically mailed to:

Brad Owens (bradowens@jdolaw.com)
Meg Allison (malison@dlcak.org) (for proposed intervenor)

*s/Sonja D. Kerr*