SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents, J.S. and R.S., Plaintiffs | ) ) ) ) |
| Vs. | ) ) Case No. A05-0177 CV (TMB) |
| Anchorage School District, Defendant | ) ) ) ) |

[PROPOSED ORDER]

Plaintiff's request to strike all portions of Defendant ASD's "response" and "reply" attempting to limit Plaintiff N.S.'s representation is GRANTED and the Court DENIES any limits on Plaintiff N.S.'s representation in this case.

Dated: _____

US District Court Judge Burgess