UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**F I L E D**

OCT 18 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| S. N.; et al., | No. 06-35813 |
| Plaintiffs - Appellees, | D.C. No. CV-05-00177-A-TMB |
| v. | District of Alaska, Anchorage |
| ANCHORAGE SCHOOL DISTRICT, | **RECEIVED** |
| Defendant - Appellant. | ORDER    OCT 23 2006 |

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On October 12, 2006, a telephone conference was held with Circuit

Mediator Margaret A. Corrigan. Bradley D. Owens, Esq. participated on behalf of

appellant; Sonja Kerr, Esq. participated on behalf of appellees; Meg K.

Allison, Esq. participated on behalf of the Disability Law Center of Alaska which

has moved for intervention in the district court.

The court will initiate a further conference by telephone on November 27,

2006, at 1:00 p.m. **Pacific Time** (12:00 p.m. Alaska Time).

The briefing schedule previously set by the court is vacated.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator