SONJA D. KERR (AK BAR No. 040951)
1114 Covington Court
Anchorage, Alaska 99503
Telephone: 907-222-9994
Email: nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| N.S., by and through his Parents, J.S. and R.S., | ) ) ) | |
| Plaintiffs | ) ) | |
| Vs. | ) ) ) | Case No. A05-0177 CV (TMB) |
| Anchorage School District, | ) ) | |
| Defendant | ) ) | |

**CONSENT OF PLAINTIFF**

Comes now, Jill Simmon, parent of N.S., and hereby gives consent to substitution and change of counsel from Disability Law Center (Sonja D. Kerr, Thomas Dosik, Megan Allison) to Sonja D. Kerr, Esq. My electronic signature attached herewith.

Dated this 27th day of September, 2006.  ___*Jill Simmons*___
                                                              Jill Simmons

Certificate of Service

I hereby certify that on the 28th
day of September 2006, a true and
correct copy of this document was
served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

   s/Sonja D. Kerr
Sonja D. Kerr

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

N.S. by and
through his parents,
J.S. and R.S.,
      Plaintiff,

v.

Anchorage School District,
      Defendants

---

**NOTICE OF CHANGE OF COUNSEL
AND REQUEST FOR LEAVE TO WITHDRAW**

Pursuant to Local Rule 11.1, Plaintiff hereby provides notice that he will no longer be represented by the Disability Law Center. Plaintiff has chosen to be represented by Sonja D. Kerr, who is no longer associated with the Disability Law Center. Thomas A. Dosik, Megan K. Allison, and Sonja D. Kerr have previously entered appearances on behalf of Plaintiff. Therefore, Plaintiff requests that the following be allowed to withdraw as counsel:

    Thomas A. Dosik, Esq.
    DISABILITY LAW CENTER OF ALASKA
    3330 Arctic Blvd., Ste. 103
    Anchorage, AK 99503
    Telephone: (907) 565-1002
    Fax: (907) 565-1000
    tdosik@dlcak.org

    Megan K. Allison
    DISABILITY LAW CENTER OF ALASKA
    3330 Arctic Blvd., Ste. 103
    Anchorage, AK 99503
    Telephone: (907) 565-1002
    Fax: (907) 565-1000
    mallison@dlcak.org

Sonja D. Kerr
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
skerr@dlcak.org

Plaintiff also requests that Sonja D. Kerr, Esq., 1114 Covington Court, Anchorage, Alaska, 99503, (907)-222-9994 and email at nalaof608@yahoo.com, be substituted in as Counsel. Pursuant to Local Rule 11.1(c), filed herewith is a formal Entry of Appearance by Sonja D. Kerr and Consent of Plaintiff.

Plaintiff asserts that this substitution of Counsel will work no hardship or prejudice upon Defendants as Ms. Kerr is familiar with the case and its proceedings, and the proceedings are essentially concluded in this Court with an appeal filed by Defendants to the Ninth Circuit Court of Appeals.

Dated: September 26, 2006

_____
Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA

_____
Meg K. Allison
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
tdosik@dlcak.org
mallison@dlcak.org

Dated: _____
Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

**Last Page** (Notice of Change of Counsel and Request for Leave to Withdraw)

Dated: September 28, 2006                     s/Sonja D. Kerr
                                              Sonja D. Kerr, Esq.
                                              1114 Covington Court
                                              Anchorage, AK 99503
                                              Telephone: (907)-222-9994
                                              Fax: 1-866-310-9252
                                              nalaof608@yahoo.com


**Certificate of Service**

I hereby certify that on the 28th day of September, 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

Meg Allison
Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

s/Sonja D. Kerr
Sonja D. Kerr