UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 0 2 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| S. N.; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>    Defendant - Appellant. | No. 06-35813<br><br>D.C. No. CV-05-00177-A-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

NOV 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Due to a scheduling conflict of the Circuit Mediator, the telephonic conference, currently scheduled for November 27, 2006, is rescheduled to November 30, 2006, at 1:00 p.m. Pacific Time.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator