SONJA D. KERR (AK BAR No. 040951)
KERR LAW OFFICE
1205 E. International Airport Road
Suite 104
Anchorage, AK 99518
Telephone: (907)-561-2222
Facsimile: 1-866-310-9252
Email: skerr@skerrlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| N.S., by and through his Parents, J.S. and R.S., | ) ) | |
| Plaintiffs | ) ) | |
| Vs. | ) ) | Case No. A05-0177 CV (TMB) |
| Anchorage School District, | ) ) | |
| Defendant | ) ) | |
| _____ | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Comes now Plaintiffs' Counsel and hereby advises that Counsel's new private practice address is:

> KERR LAW OFFICE
> 1205 E. International Airport Road, Suite 104
> Anchorage, AK 99518
> Telephone: (907)-561-2222
> Facsimile: 1-866-310-9252
> Email: skerr@skerrlaw.com

Please note that this address change is for Kerr Law Office private practice cases only (not Alaska Legal Services matters).

Dated this 11th day of September, 2007.

> _s/Sonja D. Kerr_____
> SONJA D. KERR (AK BAR NO. 0409051)
> KERR LAW OFFICE
> 1205 E. International Airport Road
> Suite 104
> Anchorage, AK 99518
> Telephone: (907)-561-2222

                    Facsimile: 1-866-310-9252
                    Email: skerr@skerrlaw.com
                    Attorney for Plaintiffs N.S., et al

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2007, a true and correct copy of this document was served electronically through the Court's ECF system on: :

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

Meg Allison, for Intervenor
Disability Law Ctr. of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

 s/Sonja D. Kerr
Sonja D. Kerr