IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents, J.S. and R.S.,<br><br>            Plaintiff,<br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>            Defendant. | Case No. 3:05-CV-00177- TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

\_\_\_   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.

Plaintiffs are awarded attorney fees in the amount of $10,881.67. Counsel for plaintiffs is awarded $9,533.75 in attorney fees as the prevailing party in this APPROVED:  litigation.*

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| August 22, 2006 | IDA J. ROMACK |
|---|---|
| Date | Clerk |

*re-distributed 9/26/07 w/prevailing party atty fees