**FILED**

**NOV 1 9 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| N. S., et al., | No. 06-35813 |
| Plaintiffs - Appellees, | D.C. No. CV-05-00177-A-TMB |
| v. | District of Alaska, Anchorage |
| ANCHORAGE SCHOOL DISTRICT, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**

**NOV 2 6 2007**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The briefing schedule previously set by the court is reset as follows: appellant shall file an opening brief on or before January 11, 2008; appellees shall file an answering brief on or before February 11, 2008; appellant may file an optional reply brief February 25, 2008.

FOR THE COURT

**SIGNATURE REDACTED**

Margaret A. Corrigan
Circuit Mediator