**FILED**

MAR 26 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| N. S., et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>    Defendant - Appellant. | No. 06-35813<br><br>D.C. No. CV-05-00177-A-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT:

By: Margaret A. Corrigan
Circuit Mediator

mac/mediation

A TRUE COPY
ATTEST  3/26/08

CATHY A. CATTERSON
Clerk of Court

by: _____
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 03/26/2008 at 4:23:26 PM PDT and filed on 03/26/2008

**Case Name:**         N., et al v. Anchorage School
**Case Number:**       06-35813
**Document(s):**       Document(s)

**Docket Text:**
Order filed (Deputy Clerk: MAC) Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). A certified copy of this order shall serve as the mandate of this court. [Frap 42;Procedural termination without judicial action;].

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Clerk Order Filed
**Original Filename:** 06-35813.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=03/26/2008] [FileNumber=6484181-0]
[3a9011cc60563e4618d512c791cbc85e1ac3a4f48b9c621033e5e1ad78359f898bb39c5716f849cdc832d7

**Notice will be electronically mailed to:**

Allison, Meg K., Attorney
Owens, Bradley D.

**Notice will be mailed to:**

Kerr, Sonja D., Attorney
Suite 104
1205 E. International Airport Rd.
Anchorage, AK 99518-0000

USDC, Anchorage
District of Alaska (Anchorage)
222 West 7th Avenue
Anchorage, AK 99513-9513

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6484181
**RELIEF(S) DOCKETED:**
  to dismiss the case pursuant to rule 42b

**DOCKET PART(S) ADDED:** 5554881, 5552997