Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>     Plaintiffs,<br><br>  vs.<br><br>Anchorage School District,<br><br>     Defendant. | Case No. 3:05-cv-0177 (TMB) |

### [Proposed] ORDER GRANTING MOTION TO INTERPLEAD FEES

On the motion of the defendant Anchorage School District pursuant to Rule 22 FRCP to allow it to interplead the fees awarded by this court in its order dated September 26, 2007 (Docket 89), and the court having reviewed this motion and any opposition filed thereto, issues the following order.

The motion of defendant ASD to interplead the fees awarded at Docket 89 is GRANTED.  ASD shall hold these fees until further direction by the court.


Dated:_____          _____
                                     Timothy M. Burgess
                                     U.S. District Judge

*MOTION TO INTERPLEAD FEES*
*N.S. et al. v. Anchorage School District*
CASE NO. 3:05-CV-0177 (TMB)

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of
April 2008, a true and correct copy of the
foregoing was electronically mailed
via the EFC to:

Megan Allison
Disability Law Center of Alaska
mallison@dlcak.org

Sonja Kerr
Kerr Law Office
skerr@skerrlaw.com

*/s/Bradley D. Owens*


3227.1141 - 193702