Meg K. Allison (Alaska Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

Attorney for Intervener

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his parents J.S. and R.S.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　Defendant. | Case No. 3:05-cv-0177 CV (TMB) |

## AFFIDAVIT OF MEG ALLISON

Comes now, Meg Allison and being first duly sworn, deposes and states as follows:

1. I am the attorney of record for the Disability Law Center the above-captioned matter.

2. I was counsel for the Disability Law Center during the Ninth Circuit appeal of the above-captioned matter, known as Appeal No. 06-3518.

3. In that capacity, I received N.S.'s Opposition to Motion to Substitute Parties. A true and correct copy of that pleading is attached as Exhibit A.

4. I have reviewed the litigation file associated with this matter.

5. Contained, in the litigation file was Plaintiffs Response to Defendant First Discovery Requests. True and correct copies of those responses and the relevant documents submitted with those responses are attached as Exhibit B.

Further, affiant saith not.

Meg K. Allison

Subscribed and sworn to before me this 21st day of April, 2008.

*N.S. et al. v. Anchorage School District*
Affidavit of Meg Allison