UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 01 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
Rec. 2/4/08

N.S., et al.,

　　Plaintiffs - Appellees,

DISABILITY LAW CENTER OF ALASKA, INC.,

　　Intervenor - Appellee,

　v.

ANCHORAGE SCHOOL DISTRICT,

　　Defendant - Appellant.

No. 06-35813

D.C. No. CV-05-00177-TMB
District of Alaska,
Anchorage

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

The Clerk shall amend the docket to reflect that Disability Law Center of Alaska, Inc. is the Intervenor-Appellee in this appeal.

Appellant's motion to substitute parties under Federal Rule of Appellate Procedure 43(b) is denied. *See Sable Communications of California, Inc. v. Pacific Telephone and Telegraph Co.*, 890 F.2d 184, 191 n.13 (9th Cir. 1989) (providing that substitution under Rule 43(b) is appropriate only where "necessary" and "just" and not appropriate where the parties' interests may differ).

S:\MOATT\Cmshords\1-08\dt\06-35813.wpd

06-35813

The answering brief remains due February 11, 2008. Appellees and Intervenor-Appellee are encouraged to join in a single brief to the greatest extent practicable. The optional reply brief is due within 14 days after service of the answering brief.

_____
General Order 6.3(e)