Sonja D. Kerr, Alaska Bar No. 0409051
KERR LAW OFFICE
1205 E. International Airport Road
Suite 104
Anchorage, Alaska 99503
Telephone: (907)-561-2222
Facsimile: 1-866-310-5292

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents J.S. and R.S., <br><br> Plaintiffs, <br><br> Vs. <br><br> Anchorage School District, <br><br> Defendant. | Case No. 3:05-cv-177 (TMB) |

**NOTICE OF FILING CORRECTED EXHIBIT**

Comes now, Sonja D. Kerr, and per the ECF system order of April 22, 2008 hereby notifies Defendant of the attachment of the Corrected Exhibit which is attached as Ex. B.

Dated this 25th day of April, 2008.       *s/Sonja D. Kerr*
Sonja D. Kerr, AK Bar No. 0409051
KERR LAW OFFICE
1205 E. International Airport Rd, Suite 104
Anchorage, AK 99503
Telephone: (907)-561-2222
Facsimile: 1-866-310-9252
skerr@skerrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April 2008, a copy of the above was served electronically on:

Bradley D. Owens  bradowens@jdolaw.com
Megan K. Allison  malison@dlcak.org


*s/Sonja D. Kerr*
AK Bar No. 0409051