Sonja D. Kerr, Alaska Bar No. 0409051
KERR LAW OFFICE
1205 E. International Airport Road
Suite 104
Anchorage, Alaska 99503
Telephone: (907)-561-2222
Facsimile: 1-866-310-5292

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| N.S., by and through his Parents J.S. and R.S., )<br>  Plaintiffs, )<br> )<br>Vs. )<br> )<br>Anchorage School District, )<br> )<br>  Defendant. )<br> ) | Case No.  3:05-cv-177 (TMB) |

**SECOND NOTICE OF FILING CORRECTED EXHIBIT**

Comes now, Sonja D. Kerr, and per the ECF system order of April 22, 2008 hereby notifies Defendant of the attachment of the Corrected Exhibit A, referenced at pg. 3 of Doc. 95, and which is attached herein, *February 1, 2008 Order of the Ninth Circuit*. Please disregard prior notice sent this same day.

Dated this 25th day of April, 2008.    *s/Sonja D. Kerr*
Sonja D. Kerr, AK Bar No. 0409051
KERR LAW OFFICE
1205 E. International Airport Rd, Suite 104
Anchorage, AK 99503
Telephone: (907)-561-2222
Facsimile: 1-866-310-9252
skerr@skerrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2008, a copy of the above was served electronically on:

Bradley D. Owens   bradowens@jdolaw.com
Megan K. Allison   malison@dlcak.org


*s/Sonja D. Kerr*
AK Bar No. 0409051