FILED

FEB 01 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Rec. 2/4/08

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| N.S., et al.,<br><br>    Plaintiffs - Appellees,<br><br>DISABILITY LAW CENTER OF ALASKA, INC.,<br><br>    Intervenor - Appellee,<br><br>v.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>    Defendant - Appellant. | No. 06-35813<br><br>D.C. No. CV-05-00177-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The Clerk shall amend the docket to reflect that Disability Law Center of Alaska, Inc. is the Intervenor-Appellee in this appeal.

Appellant's motion to substitute parties under Federal Rule of Appellate Procedure 43(b) is denied. *See Sable Communications of California, Inc. v. Pacific Telephone and Telegraph Co.*, 890 F.2d 184, 191 n.13 (9th Cir. 1989) (providing that substitution under Rule 43(b) is appropriate only where "necessary" and "just" and not appropriate where the parties' interests may differ).

S:\MOATT\Cmshords\1-08\dt\06-35813.wpd

06-35813

The answering brief remains due February 11, 2008. Appellees and Intervenor-Appellee are encouraged to join in a single brief to the greatest extent practicable. The optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)
