Meg K. Allison (Alaska Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

Attorney for Intervener

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| N.S., by and through his parents<br>J.S. and R.S., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:05-cv-0177 CV (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| Anchorage School District, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO FILE A REPLY BRIEF

COMES NOW, the Disability Law Center of Alaska, by and through counsel, and

requests the Court allow it to file a reply brief to the response to motion for interpleader filed by

N.S., J.S. and R.S. (hereinafter "N.S.") at Docket No. 95.  In support of its motion, the Disability

Law Center states as follows:

1.    Anchorage School District filed a motion to interplead fees at Docket No. 92.

2.    The Disability Law Center filed a response to the motion to interplead fees on

April 21, 2008 at 4:18 p.m.at Docket No. 93.

3.    On the same date, N.S. filed a response to the motion to interplead fees at 8:12

p.m. at Docket No. 95.  However, the response filed by N.S. did not address the motion filed by

the Anchorage School District, but instead was a response to the Disability Law Center's brief

filed at Docket No. 93.

4. The Disability Law Center will be prejudiced if it is not provided an opportunity

to respond to the assertions in N.S.'s briefing.

5. The Disability Law Center submits the reply brief it proposes to file

contemporaneously with this motion as Exhibit A.

**CONCLUSION**

Because N.S. has treated the motion filed by the Anchorage School District at Docket

No. 92 as the Disability Law Center's motion and responded as such, the Disability Law Center

respectfully requests the Court allow it an opportunity to respond to the N.S.'s briefing at Docket

No. 95.

Date: April 29, 2008                    Respectfully submitted,

                                        /s/ Meg K. Allison
                                        Meg K. Allison (Alaska Bar No. 0511091)
                                        DISABILITY LAW CENTER OF ALASKA
                                        3330 Arctic Blvd., Suite 103
                                        Anchorage, AK   99503
                                        Telephone: (907) 565-1002
                                        Fax: (907) 565-1000
                                        Email: mallison@dlcak.org

                                        Attorney for Intervener

Certificate of Service

I hereby certify that on the 29th day
of April 2008, a true and correct
copy of this document was served by
ECF on:
Bradley Owens
Jermain Dunnagan & Owens, PC
bradowens@jdolaw.com

Sonja Kerr
Kerr Law Office
nalaof608@yahoo.com
/s Meg K. Allison
Meg K. Allison