**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | | |
|---|---|---|
| N.S., by and through his parents J.S. and R.S., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:05-cv-0177 CV (TMB) |
| vs. | ) ) ) | |
| Anchorage School District, | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Disability Law Center of Alaska's Motion to File a Reply Brief is GRANTED.

Date:

_____
U.S. District Court Judge