Bradley D. Owens, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through<br>His parents, J.S. and R.S.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Anchorage School District,<br><br>    Defendant. | Case No. 3:05-cv-0177 (TMB) |

### NON-OPPOSITION TO MOTION FOR LEAVE TO FILE REPLY BRIEF

Comes now the defendant Anchorage School District ("ASD"), by and through its attorneys, and hereby advises the court that it does not oppose plaintiff's motion for leave to file a reply brief.

Dated in Anchorage Alaska this 1st day of May 2008.

JERMAIN, DUNNAGAN & OWENS, P.C.

By:  */s/ Bradley D. Owens*
     Bradley D. Owens
     3000 A Street, Suite 300
     Anchorage, AK  99503
     Telephone: (907) 563-8844
     Facsimile: (907) 563-7322
     bradowens@jdolaw.com
     Alaska Bar No. 7610122

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of May 2008, a true and correct copy of the foregoing was electronically mailed via the EFC to:

Megan Allison
Disability Law Center of Alaska
mallison@dlcak.org

Sonja Kerr
Kerr Law Office
skerr@skerrlaw.com

*/s/Bradley D. Owens*

3227.1141 - 196034