MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*S.N. v. Anchorage School District*

Case No. 3:05-cv-177 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On April 29, 2008, Intervener Disability Law Center of Alaska ("DLCA") submitted a *Motion For Leave To File A Reply Brief*. Defendant Anchorage School District had previously filed a motion to interplead fees, and DLCA contends that Plaintiff – instead of responding to that motion – directed most of its allegations at DLCA. Accordingly, DLCA now seeks an opportunity to reply to those claims. Plaintiff has not filed any opposition, and Defendant has submitted a statement of non-opposition.

Having read and considered all moving papers and other documents submitted by the parties,

**IT IS HEREBY ORDERED:** The Motion for Leave to File a Reply Brief at Docket [99] is GRANTED. Plaintiff shall file and serve its Reply Brief no later than May 30, 2008 at 5:00 p.m.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  May 23, 2008